# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alliance for Retired Americans,<br>    815 16th Street NW, 4th Floor<br>    Washington, DC 20006,<br><br>American Federation of<br>Government Employees, AFL-CIO,<br>    80 F Street NW,<br>    Washington, DC 20001, and<br><br>Service Employees International<br>Union, AFL-CIO,<br>    1800 Massachusetts Ave. NW,<br>    Washington, DC 20036,<br><br>         *Plaintiffs*,<br><br>             v.<br><br>Scott Bessent, in his official<br>capacity as Secretary of the<br>Treasury,<br>    1500 Pennsylvania Ave. NW<br>    Washington, DC 20220,<br><br>Department of the Treasury,<br>    1500 Pennsylvania Ave. NW<br>    Washington, DC 20220, and<br><br>Bureau of the Fiscal Service,<br>    3201 Pennsy Drive, Building E<br>    Landover, MD 20785<br><br>         *Defendants*. | Civil Action No. 25-313 |

## NOTICE OF APPEARANCE

Please enter the appearance of Nicolas Sansone as counsel for Plaintiffs.

Dated: February 3, 2025

Respectfully submitted,

/s/ Nicolas Sansone
Nicolas Sansone (DC Bar No. 1686810)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-7714
nsansone@citizen.org