UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alliance for Retired Americans, et al.,<br><br>　　　　Plaintiffs,<br><br>　　　　　v.<br><br>Scott Bessent, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-313 |

NOTICE OF APPEARANCE

Please enter the appearance of Allison M. Zieve as counsel for Plaintiffs.

Dated: February 3, 2025

Respectfully submitted,

/s/ Allison M. Zieve
Allison M. Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000