**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Alliance for Retired Americans, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Scott Bessent, in his official capacity as Secretary of the Treasury, et al., <br><br> Defendants. | Civil Action No. 25-313 |

**ERRATA**

The complaint filed on February 3, 2025 (ECF 1) is corrected as follows:

1. The word "each" should be deleted from the seventh line of paragraph 40.

2. The citation in paragraph 47 should read "26 U.S.C. § 6103".

3. The citation at the end of paragraph 53 should read "*Id.*; *see id.* § 702."

2

Dated: February 4, 2025                     Respectfully submitted,

/s/ Nandan M. Joshi
Nandan M. Joshi (DC Bar No. 456750)
Nicolas Sansone (DC Bar No. 1686810)
Allison M. Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

Norman L. Eisen (DC Bar No. 435051)
State Democracy Defenders Fund
600 Pennsylvania Avenue SE
#15180
Washington, DC 20003