UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alliance for Retired Americans, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Scott Bessent, in his official capacity as Secretary of the Treasury, et al., <br><br> Defendants. | Civil Action No. 25-313 (CKK) |

**PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

Pursuant to Local Civil Rule 65.1(a), Plaintiffs Alliance for Retired Americans, American Federation of Government Employees, AFL-CIO, and Service Employees International Union, AFL-CIO, hereby move for a temporary restraining order, to remain in effect until such time as the Court can further consider the merits of Plaintiffs' claims, enjoining Defendants Secretary of the Treasury Scott Bessent, the Department of the Treasury, and the Bureau of the Fiscal Service from disclosing information about individuals to individuals affiliated with the so-called Department of Government Efficiency (DOGE), and enjoining Defendants to retrieve and safeguard any such information that has already been obtained by DOGE or individuals associated with it.

As set forth in more detail in the accompanying memorandum, Defendants have unlawfully implemented and are unlawfully maintaining a system that enables records and information about individuals to be accessed and disclosed to

unauthorized parties in violation of the Privacy Act of 1974 and the Internal Revenue Code. Defendants' actions should be enjoined under the Administrative Procedure Act because it is in excess of Defendants' statutory authority and is arbitrary and capricious. Plaintiffs will suffer imminent and irreparable injury should unlawful access be permitted to continue.

Pursuant to Local Civil Rule 65.1(a), at approximately 8:30 a.m. on February 5, 2025, counsel for Plaintiffs emailed the three Assistant Directors for the Federal Programs Branch of the Department of Justice and the Chief of the Civil Division of the U.S. Attorney's Office in D.C. to provide them with electronic copies of the complaint, motion for a temporary restraining order, and accompanying memorandum, declarations, and proposed order via e-mail before completing this electronic filing.

Dated: February 5, 2025                             Respectfully submitted,

/s/ Nandan M. Joshi
Nandan M. Joshi (DC Bar No. 456750)
Nicolas Sansone (DC Bar No. 1686810)
Allison M. Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

Norman L. Eisen (DC Bar No. 435051)
State Democracy Defenders Fund
600 Pennsylvania Avenue SE
#15180
Washington, DC 20003