# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alliance for Retired Americans, et al.,<br>　　　Plaintiffs,<br><br>　　　　　v.<br><br>Scott Bessent, et al.,<br>　　　Defendants. | Civil Action No. 25-313 |

## DECLARATION OF EVERETT KELLEY

I, Everett Kelley declare the following under penalties of perjury:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am the National President of the American Federation of Government Employees, AFL-CIO (AFGE), a labor organization and unincorporated association that represents approximately 800,000 federal civilian employees through its affiliated councils and locals in every state in the United States. AFGE members include nurses, border patrol agents, correctional officers, scientists, health care workers, civilian employees in the Department of Defense, employees of the Social Security Administration, and more.

3. AFGE advocates on behalf of its members and seeks to promote dignity, safety, and fairness for government employees.

4. AFGE has members who are federal employees and who work in a wide variety of positions, in every state and the District of Columbia. AFGE has members

who are presently employed with the federal government and who receive salaries and wages from the U.S. Department of the Treasury (Treasury). AFGE also has members who have retired from federal service and who receive pension benefits from Treasury.

5. Furthermore, AFGE has members who pay federal income taxes or receive refunds and who have done so and will do so again in the current tax season.

6. It is my understanding that Treasury collects and maintains sensitive personal and financial data from AFGE's members to process salary, wage, and pension payments and to process income tax payments and refunds. This data includes information such as name, Social Security number, birth date, birth place, home address, telephone number, email address, and bank account details.

7. It is my understanding that Treasury has given access to this data—including data that it has collected from AFGE's members—to Elon Musk and/or other members of the so-called "Department of Government Efficiency" (DOGE).

8. Such access violates the privacy of AFGE members, none of whom consented to have their personal and financial data shared with Mr. Musk, members of DOGE, or other third parties, or to have their personal and financial data used for any purpose other than the purposes previously disclosed by the Treasury in its System of Records Notices.

9. Such access also exposes AFGE's members to an increased risk of identity theft, fraudulent financial activities, further unconsented disclosures to

additional third parties, and other misuse of their sensitive personal and financial data.

10.    The injuries suffered by AFGE's members are ongoing and will persist unless and until Mr. Musk, members of DOGE, or other third parties no longer have access to their sensitive personal and financial data.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 4, 2025.

*Everett B. Kelley*
Everett B. Kelley
National President, AFGE
80 F. Street, NW Washington,
DC 20001