UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alliance for Retired Americans, et al.,<br>　　　Plaintiffs,<br><br>　　　　　v.<br><br>Scott Bessent, et al.,<br>　　　Defendants. | Civil Action No. 25-313 |

**DECLARATION OF STEVEN K. URY**

I, Steven K. Ury, declare the following under penalties of perjury:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am General Counsel at the Service Employees International Union (SEIU), a labor union of approximately two million diverse workers who provide public, healthcare, and property services throughout the United States, Canada, and Puerto Rico. SEIU represents approximately 80,000 federal-sector employees in the United States, including nurses, doctors, other healthcare workers, police officers, firefighters, correctional officers, office workers, scientists, engineers, analysts, maintenance workers, and more, who are employed by and receive paychecks from the federal government. SEIU also represents approximately 30,000 retiree members, many of whom receive Social Security benefits.

3. SEIU advocates on behalf of its members and seeks to improve the lives of workers and their families and to promote an equitable society and economy.

4. SEIU has members in 43 states and the District of Columbia who are federal employees and who work in a wide variety of positions. SEIU has members who are presently employed with the federal government and who receive salaries and wages disbursed by the U.S. Department of the Treasury (Treasury). SEIU also has members who have retired from federal service and who receive pension benefits from Treasury.

5. Furthermore, SEIU has members who pay federal income taxes or receive refunds and who have done so and will do so again in the current tax season.

6. It is my understanding that Treasury collects and maintains sensitive personal and financial data from SEIU's members to process salary, wage, benefit, and pension payments, and to process income tax payments and refunds. This data includes information such as name, Social Security number, birth date, birth place, home address, telephone number, email address, and bank account details.

7. It is my understanding that Treasury has given access to this data—including data that it has collected from SEIU's members—to Elon Musk and/or other members of the so-called "Department of Government Efficiency" (DOGE).

8. Such disclosure violates the privacy of SEIU members, none of whom consented to have their personal and financial data shared with Mr. Musk, members of DOGE, or other third parties, or to have their personal and financial data used for any purpose other than the purposes previously disclosed by the Treasury in its System of Records Notices.

9. Such access exposes SEIU's members to an increased risk of identity theft, fraudulent financial activities, further unconsented disclosures to additional third parties, and other misuse of their sensitive personal and financial data.

10. The injuries suffered by SEIU's members are ongoing and will persist unless and until Mr. Musk, members of DOGE, or other third parties no longer have access to their sensitive personal and financial data.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 4, 2025.

*Steven K. Ury*