UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alliance for Retired Americans, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Scott Bessent, in his official capacity as Secretary of the Treasury, et al.,<br><br>Defendants. | Civil Action No. 25-313 (CKK) |

**[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiffs' motion for a temporary restraining order and accompanying brief, it is hereby

**ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the Secretary Scott Bessent, the Department of the Treasury, and the Bureau of the Fiscal Service (Defendants) are **ENJOINED** from disclosing information about individuals to individuals affiliated with the so-called Department of Government Efficiency (DOGE).

It is further **ORDERED** that Defendants are **ENJOINED** to retrieve and safeguard any such information that has already been obtained by DOGE or individuals associated with it.

**SO ORDERED**.

Dated: February ____, 2025                                    _____