IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE FOR RETIRED AMERICANS, *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>SCOTT BESSENT, *in his official capacity as Secretary of the Treasury*, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-00313-CKK |

**NOTICE OF APPEARANCE**

Please take notice that Bradley Humphreys, Senior Trial Counsel at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel of record for the Defendants in the above-captioned matter.

Dated: February 5, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
(D.C. Bar No. 988057)
Senior Trial Counsel
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*