## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE FOR RETIRED AMERICANS, *et al.*,<br><br>      Plaintiffs,<br><br>   v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, *et al.*,<br><br>      Defendants. | Civil Action No. 25-0313 (CKK) |

### ORDER
(February 5, 2025)

The Court is in receipt of the Plaintiffs' [8] Motion for a Temporary Restraining Order. Upon consideration of the Plaintiffs' Motion, it is hereby **ORDERED** that the parties shall appear for a telephone conference on the record before this Court at **3:00 p.m. ET today, February 5, 2025**.

It is further **ORDERED** that the parties shall come to today's conference prepared to answer factual questions related to the Plaintiffs' allegations and set an expedited briefing schedule on the Plaintiffs' Motion.

It is further **ORDERED** that the Plaintiffs shall serve a copy of this Order on the Defendants immediately upon receipt to ensure that the Defendants' counsel will appear at the preliminary conference.

**SO ORDERED.**

**Dated:** February 5, 2025

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge