# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

ALLIANCE FOR RETIRED
AMERICANS, *et al.*,

          *Plaintiffs*,

      v.

SCOTT BESSENT, *in his official capacity*
*as Secretary of the Treasury*, *et al.*,

          *Defendants*.

---

Case No. 1:25-cv-00313-CKK

**[PROPOSED] ORDER**

With the consent of the parties, the Court **DEFERS RULING** on the Plaintiffs' [8] Motion

for a Temporary Restraining Order and **ORDERS** as follows:

- The Defendants will not provide access to any payment record or payment system of

  records maintained by or within the Bureau of the Fiscal Service, except that the

  Defendants may provide access to any of the following people:

  - Mr. Tom Krause, a Special Government Employee in the Department of the

    Treasury, as needed for the performance of his duties, provided that such access to

    payment records will be "read only";

  - Mr. Marko Elez, a Special Government Employee in the Department of the

    Treasury, as needed for the performance of his duties, provided that such access to

    payment records will be "read only";

  - Any person who is an employee (but not a Special Government Employee) of the

    Department of the Treasury and who has a need for the record or system of records

    in the performance of their duties;

o   Any person who is entitled to access the record or system of records under 5 U.S.C.

§ 552a(b)(2)–(13); and

o   Any person who is entitled to access the relevant record or system of records under

the Internal Revenue Code.

In agreeing to the entry of this Order, the parties expressly reserve all legal and factual

arguments relevant to the Plaintiffs' claims.

This Order shall remain in effect until such time as the Court rules on the Plaintiffs'

forthcoming Preliminary Injunction Motion.

SO ORDERED.


Dated: _____          _____

                                    Hon. Colleen Kollar-Kotelly
                                    U.S. District Judge