# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alliance for Retired Americans, et al., <br><br>    Plaintiffs, <br><br>     v. <br><br> Scott Bessent, in his official capacity as Secretary of the Treasury, et al., <br><br>    Defendants. | Civil Action No. 25-313 (CKK) |

## PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD

Pursuant to Local Civil Rule 65.1(d), Plaintiffs Alliance for Retired Americans (ARA), American Federation of Government Employees, AFL-CIO (AFGE), and Service Employees International Union, AFL-CIO (SEIU) move to supplement the record to include declarations from Carol Rosenblatt, a member of ARA; Jeanette L. McElhaney, a member of AFGE; and Barbara Casey, Henrietta Jenkins, Pia Morrison, Patrice Peterson, and Susan Tousignant, members of SEIU, regarding their interests in preventing the so-called Department of Government Efficiency (DOGE) from accessing the personal and financial information stored in the records of Defendant Bureau of the Fiscal Service. The declarations are attached as exhibits hereto.

Counsel for Defendants have advised that Defendants oppose grant of this motion.

Dated: February 11, 2025

Respectfully submitted,

/s/ Nandan M. Joshi

Nandan M. Joshi (DC Bar No. 456750)
Nicolas Sansone (DC Bar No. 1686810)
Allison M. Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

Norman L. Eisen (DC Bar No. 435051)
State Democracy Defenders Fund
600 Pennsylvania Avenue SE
#15180
Washington, DC 20003