EXHIBIT 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Alliance for Retired Americans, et al.,

    Plaintiffs,

    v.

Scott Bessent, in his official capacity as Secretary of the Treasury, et al.,

    Defendants.

Civil Action No. 25-313 (CKK)

## DECLARATION OF PATRICE PETERSON

1. My name is Patrice Peterson. I am over 18 years old. The information in this declaration is based on my personal knowledge and experience.

2. I am a member of SEIU. I have been a member since 2001.

3. I understand that SEIU filed a lawsuit on February 3, 2025 against Secretary of the Treasury Scott Bessent, the Department of the Treasury, and the Bureau of the Fiscal Service to protect personal information kept by the Bureau from being unlawfully disclosed to the so-called Department of Government Efficiency (or DOGE) led by Elon Musk, including to any individual associated with DOGE.

4. I am a retiree who currently receives Social Security benefits.

5. I regularly receive payments from the federal government. Those payments consist of Social Security benefits. I receive those payments monthly by direct deposit into my bank account.

6. It is my understanding that the financial transactions between me and the federal government are processed through the Bureau of the Fiscal Service. It is also my understanding that the Bureau will collect and store my personal information, including my name, social security number, and bank account number, to process those transactions.

7. It is my understanding that that Defendants have decided to give access to my personal information to DOGE and/or to individuals associated with DOGE for purposes other than ensuring that I receive payments from and make payments to the federal government.

8. I have not consented to, and do not consent to, giving DOGE and/or individuals associated with DOGE access to my personal information stored in the Bureau's records.

9. The privacy of my personal information is very important to me. Because I receive Social Security, the Bureau necessarily has personal information about me. I have trusted the government to maintain the privacy of my information and to only use my information for lawful purposes. I am very disturbed, anxious, and frustrated that the government has violated my trust by giving DOGE access to my information without my consent.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed February 10, 2025

*Patrice Peterson*

Patrice Peterson

2