UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alliance for Retired Americans, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Scott Bessent, in his official capacity as Secretary of the Treasury, et al., <br><br> Defendants. | Civil Action No. 25-313 (CKK) |

**[PROPOSED] ORDER GRANTING MOTION TO SUPPLEMENT THE RECORD**

Upon consideration of Plaintiffs' motion to supplement the record, and the full record before the Court, it is hereby

**ORDERED** that the motion is **GRANTED**.

**SO ORDERED**.

Dated: February ____, 2025                              _____