UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE FOR RETIRED AMERICANS, *et al.*,<br>　　　Plaintiffs,<br><br>　　v.<br><br>SCOTT BESSENT, Secretary, U.S. Department of the Treasury, *et al.*,<br>　　　Defendants. | Civil Action No. 25-313 (CKK) |

**ORDER**
(February 11, 2025)

　　Earlier today, the Court issued a [18] Memorandum Opinion & Order granting Plaintiffs' [16] Motion to Supplement the Record.  Because Plaintiffs' Motion was time-sensitive, the Court did so without hearing from Defendants.  *See* Mem. Op. & Order, ECF No. 18 at 4.  (The Court was, however, aware that Defendants opposed the Motion. *Id.* at 1, 4.)  "To ensure that Defendants ha[d] an opportunity to be heard on this issue," the Court held in abeyance its order granting the Plaintiffs' Motion until 5:30 PM and instructed Defendants to file any opposition to Plaintiffs' Motion by 4:30 PM.  *Id.* at 4.  It is now after 5:30 PM, and Defendants have filed no opposition.

　　Accordingly, for the reasons stated in the Court's earlier [18] Memorandum Opinion & Order, the Court **ORDERS** that Plaintiffs' [16] Motion to Supplement the Record is **GRANTED**.

**SO ORDERED.**

**DATED:** February 11, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge