UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE FOR RETIRED AMERICANS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT BESSENT, *in his official capacity as Secretary of the Treasury*, *et al.*, <br><br> Defendants. | 1:25-cv-00313-CKK |

**UNOPPOSED MOTION OF *AMICI CURIAE* FORMER TREASURY DEPARTMENT OFFICIALS FOR LEAVE TO FILE AN *AMICUS BRIEF* IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

*Amici curiae*, a group of former Treasury Department officials, respectfully request leave to file the attached proposed *amicus* brief in support of Plaintiffs' motion for a preliminary injunction (Exhibit A). *Amici* also submit a proposed order (Exhibit B). Pursuant to Local Rules 7(m) and (o), *amici* have contacted counsel for both Plaintiffs and Defendants, and all parties have consented to the filing of the proposed *amicus* brief. In support of this motion, *amici* state as follows:

*Amici* are eleven former United States Treasury officials with substantial experience and knowledge concerning the Bureau of Fiscal Services ("BFS") payment systems at issue in this action. *Amici* have been following with great interest and concern recent public reports about efforts by the "Department of Government Efficiency" ("DOGE") to gain access to BFS payment systems.

*Amici*'s practical experience with BFS provides them with "unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008) (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1046 (7th Cir. 1997)). *Amici* have years of experience with BFS, and, as detailed further in the proposed *amicus* brief, they have an informed perspective on the unique role that BFS plays and the threats posed by Defendants' conduct. The proposed *amicus* brief will therefore assist the Court in assessing Plaintiffs' motion for a preliminary injunction.

## CONCLUSION

For the foregoing reasons, the Court should grant *amici* leave to file their proposed *amicus* brief.

Date: February 11, 2025

Respectfully submitted,

*Daniel S. Ruzumna*
Daniel S. Ruzumna (D.C. Bar 450050)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
druzumna@pbwt.com

*Counsel for Amici Curiae*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

*/s/ Daniel S. Ruzumna*

Daniel S. Ruzumna