# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE FOR RETIRED AMERICANS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT BESSENT, *in his official capacity as Secretary of the Treasury*, *et al.*, <br><br> Defendants. | 1:25-cv-00313-CKK |

**[PROPOSED] ORDER**

Upon consideration of the Motion of *Amici* Former Treasury Department Officials for Leave to File an *Amicus* Brief, it is hereby ORDERED:

That the Motion is GRANTED;

That the Clerk shall cause the Proposed *Amicus* Brief attached to the Motion for Leave to File an *Amicus* Brief to be filed and entered on the docket in the above-captioned proceeding.

IT IS SO ORDERED.

Dated: _____     _____
HON. COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE