IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alliance for Retired Americans, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Scott Bessent, in his official capacity as Secretary of the Treasury, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-313 (CKK) |

## [PROPOSED] ORDER GRANTING MOTION OF AMERICAN CENTER FOR LAW AND JUSTICE FOR LEAVE TO FILE AMICUS CURIAE BRIEF

Before the Court is the consented-to motion of the American Center for Law and Justice for leave to file an *amicus curiae* brief in support of the Defendants in opposition to the Plaintiffs' Motion for a Preliminary Injunction. The Court GRANTS the motion. The amicus curiae brief that accompanied the motion will be filed in the docket of this case.

**SO ORDERED**

Dated: _____

_____<br>
Hon. Colleen Kollar-Kotelly<br>
U.S. District Judge