UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE FOR RETIRED AMERICANS, *et al.*,<br>　　　Plaintiffs,<br><br>　　　v.<br><br>SCOTT BESSENT, Secretary, U.S. Department of the Treasury, *et al.*,<br>　　　Defendants. | Civil Action No. 25-313 (CKK) |

**ORDER**

Upon consideration of the [20] Unopposed Motion of *Amici* Former Treasury Department Officials for Leave to File an *Amicus* Brief, it is hereby **ORDERED** that the [20] Motion is **GRANTED**.

The Clerk of Court is respectfully directed to cause the [20-1] Proposed *Amicus* Brief to be filed and entered on the docket in the above-captioned proceeding.

**SO ORDERED.**

**DATED:** February 12, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge