UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE FOR RETIRED AMERICANS, *et al.*, <br>           Plaintiffs, <br><br> v. <br><br> SCOTT BESSENT, Secretary, U.S. Department of the Treasury, *et al.*, <br>           Defendants. | Civil Action No. 25-313 (CKK) |

## ORDER

Upon consideration of the [20] Consent Motion of *Amici* the American Center for Law and Justice for Leave to File an *Amicus* Brief, it is hereby **ORDERED** that the [21] Motion is **GRANTED**.

The Clerk of Court is respectfully directed to cause the [21-1] Proposed *Amicus* Brief to be filed and entered on the docket in the above-captioned proceeding.

**SO ORDERED.**

**DATED:** February 12, 2025.

                                                   /s/
                                         COLLEEN KOLLAR-KOTELLY
                                         United States District Judge

1