# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE FOR RETIRED AMERICANS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>SCOTT BESSENT, *in his official capacity as Secretary of the Treasury*, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00313-CKK |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion for a preliminary injunction, Defendants' opposition, and Plaintiffs' reply, and the entire record herein, it is hereby Ordered that Plaintiffs' motion is DENIED.

It is further ordered that the Order entered by the Court on February 6, 2025 is hereby DISSOLVED.

SO ORDERED.

Dated: _____

_____
Hon. Colleen Kollar-Kotelly
United States District Judge