IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE FOR RETIRED AMERICANS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> SCOTT BESSENT, *in his official capacity as Secretary of the Treasury*, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00313-CKK |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL DECLARATION UPDATING DECLARATION OF THOMAS H. KRAUSE**

In connection with Defendants' Memorandum in Opposition to Plaintiffs' Motion for a Temporary Restraining Order, ECF No. 24, Defendants filed the Declaration of Thomas H. Krause, ECF No. 24-1. Defendants submit this notice, attaching a Supplemental Declaration from Thomas H. Krause, to inform the Court regarding a change in information regarding Mr. Krause's employment at Treasury that has occurred since his Wednesday declaration was executed, and to correct an unrelated error that appeared in his Wednesday declaration.

Dated: February 13, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
(D.C. Bar No. 988057)

Senior Trial Counsel
ANNA DEFFEBACH
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*