IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALLIANCE FOR RETIRED AMERICANS, *et al.*,

    *Plaintiffs*,

v.

SCOTT BESSENT, *in his official capacity as Secretary of the Treasury*, *et al.*,

    *Defendants*.

Case No. 1:25-cv-00313-CKK

**DEFENDANTS' CONSENT MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF THOMAS H. KRAUSE, JR.**

Defendants respectfully move under Local Civil Rule 65.1(c) for leave to file the Supplemental Declaration of Thomas H. Krause, Jr. in connection with Defendants' Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction, ECF No. 24. Mr. Krause's supplemental declaration is attached as Exhibit 1.

Defendants previously filed Mr. Krause's supplemental declaration on February 13, 2025. ECF No. 24-1. However, as stated in the Court's February 14 Minute Order, Defendants did not seek leave from the Court before filing the supplemental declaration as required by Local Civil Rule 65.1(c). Defendants apologize for the oversight and now seek the Court's permission to file. The purpose of supplemental declaration is to inform the Court of a change in Mr. Krause's employment status at Treasury and to correct a wording error in Mr. Krause's initial declaration filed on February 12. Defendants respectfully submit that leave to file should be granted because the supplemental declaration presents the Court with up-to-date facts on which to consider Plaintiffs' motion for preliminary injunction.

Pursuant to Local Civil Rule 7(m), counsel for Defendants contacted Plaintiffs' counsel regarding this motion, and Plaintiffs consent to Defendants' proposed filing.

Dated: February 18, 2025                    Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Director, Federal Programs Branch

<u>/s/ Bradley P. Humphreys</u>
BRADLEY P. HUMPHREYS
(D.C. Bar No. 988057)
Senior Trial Counsel
ANNA DEFFEBACH
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*