UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALLIANCE FOR RETIRED
AMERICANS, *et al.*,
    Plaintiffs,

v.

SCOTT BESSENT, in his official capacity as Secretary, U.S. Department of the Treasury, *et al.*,
    Defendants.

Civil Action No. 25-313 (CKK)

**ORDER**
(February 20, 2025)

Upon consideration of Defendants' [30] Unopposed Motion to Modify the Court's February 6, 2025 Order, Plaintiffs' non-opposition, and for good cause shown, it hereby **ORDERED** that Defendants' Motion is **GRANTED**.

The Court's February 6, 2025 Order is **MODIFIED** as follows:

With the consent of the parties, the Court **DEFERS RULING** on the Plaintiffs' [8] Motion for a Temporary Restraining Order and **ORDERS** as follows:

- The Defendants will not provide access to any payment record or payment system of records maintained by or within the Bureau of the Fiscal Service, except that the Defendants may provide access to any of the following people:
  - Mr. Tom Krause, a Special Government Employee in the Department of the Treasury, as needed for the performance of his duties, provided that such access to payment records will be "read only";
  - Mr. Ryan Wunderly, an employee of the Department of the Treasury, as needed for the performance of his duties, provided that such access to payment records

1

will be "read only";

- Any person who is an employee (but not a Special Government Employee or Treasury DOGE Team member) of the Department of the Treasury and who has a need for the record or system of records in the performance of their duties;
- Any person who is entitled to access the record or system of records under 5 U.S.C. § 552a(b)(2)–(13); and
- Any person who is entitled to access the relevant record or system of records under the Internal Revenue Code.

In agreeing to the entry of this Order, the parties expressly reserve all legal and factual arguments relevant to the Plaintiffs' claims.

This Order shall remain in effect until such time as the Court rules on the Plaintiffs' Motion for Preliminary Injunction.

**SO ORDERED.**

**DATED:** February 20, 2025.



COLLEEN KOLLAR-KOTELLY
United States District Judge