## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE FOR RETIRED AMERICANS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> SCOTT BESSENT, *in his official capacity as Secretary of the Treasury*, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00313-CKK |

## JOINT STATUS REPORT

The parties submit this joint status report as required by the Court's February 25, 2025 Minute Order.  The parties have conferred and propose the following schedule for further proceedings following the Court's ruling on Plaintiffs' motion for a preliminary injunction:

- Defendants to file their motion to dismiss or, in the alternative, for summary judgment, within 14 days of the Court's ruling on Plaintiffs' motion for a preliminary injunction.

- Plaintiffs to file their combined opposition to Defendants' motion and cross motion for summary judgment within 14 days after Defendants file their motion.

- Defendants to file their combined reply and opposition to Plaintiffs' motion for summary judgment within 10 days of the filing of Plaintiffs' opposition and cross motion.

- Plaintiffs to file their reply within 10 days of the filing of Defendants' reply and opposition.

Dated: February 26, 2025

Respectfully submitted,

*/s/ Nandan M. Joshi*
Nandan M. Joshi (DC Bar No. 456750)
Nicolas Sansone (DC Bar No. 1686810)
Allison M. Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

Norman L. Eisen (DC Bar No. 435051)
State Democracy Defenders Fund
600 Pennsylvania Avenue SE
#15180
Washington, DC 20003

ERIC HAMILTON
Deputy Assistant Attorney General
Civil Divion, Federal Programs Branch

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
(D.C. Bar No. 988057)
Senior Trial Counsel
ANNA DEFFEBACH
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*