## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE FOR RETIRED AMERICANS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> SCOTT BESSENT, *in his official capacity as Secretary of the Treasury*, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00313-CKK |

### [PROPOSED] ORDER

Upon consideration of Defendants' motion for clarification or, in the alternative, to exclude materials from the administrative record, Plaintiffs' position, and the entire record herein, it is hereby ORDERED that Defendants' motion is GRANTED.

The Court hereby ORDERS that the administrative record to be filed with the Court by March 10, 2025 shall not contain materials covered by the deliberative process privilege, the attorney-client privilege, or the attorney work product doctrine.

SO ORDERED.

Dated: _____  _____
Hon. Colleen Kollar-Kotelly
United States District Judge