# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE FOR RETIRED AMERICANS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT BESSENT, in his official capacity as Secretary of the Treasury, *et al.*, <br><br> Defendants. | Civil Action No. 25-0313 (CKK) |

## ORDER
(March 3, 2025)

The Court is in receipt of Defendants' [37] Motion for Clarification or, in the Alternative, to Exclude Materials from the Administrative Record. In their Motion, Defendants seek an order clarifying that when filing the administrative record, they need not log or seek leave to exclude materials that are subject to the deliberative process privilege, the attorney-client privilege, or the attorney work-product privilege. Mot., ECF No. 37, at 1. In the alternative, Defendants request leave to exclude from the administrative record any materials subject to these privileges. *Id.*

Defendants represent that they have conferred with Plaintiffs' counsel and that Plaintiffs "oppose excluding materials from the administrative record and reserve the right to respond to this motion." *Id.* at 2. To allow Plaintiffs an opportunity to respond without delaying the filing of the administrative record, it is hereby **ORDERED** that Plaintiffs shall file any response to Defendants' [37] Motion no later than **9:00 a.m. ET on Tuesday, March 4, 2025**.

**SO ORDERED.**

**Dated:** March 3, 2025



_____
COLLEEN KOLLAR-KOTELLY
United States District Judge