UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALLIANCE FOR RETIRED
AMERICANS, *et al.*,

        Plaintiffs,

  v.

SCOTT BESSENT, in his official capacity
as Secretary of the Treasury, *et al.*,

        Defendants.

Civil Action No. 25-0313 (CKK)

**ORDER**
(March 7, 2025)

For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiffs' [8] Motion for a Preliminary Injunction is **DENIED**. It is further **ORDERED** that the Court's interim [32] Order dated February 20, 2025, is **DISSOLVED**.

**SO ORDERED.**

**DATED:** March 7, 2025

                                             /s/ Colleen Kollar-Kotelly
                                             COLLEEN KOLLAR-KOTELLY
                                             United States District Judge