UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE FOR RETIRED AMERICANS, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 25-0313 (CKK) |

**ORDER**
(March 7, 2025)

Upon consideration of the parties' [35] Joint Status Report, in which they jointly propose a briefing schedule for further proceedings in this case, it is hereby **ORDERED** that:

- Defendants shall file the administrative record underlying the decisions challenged in this case on or before **March 10, 2025**.

- Defendants shall file their Motion to Dismiss or, in the Alternative, for Summary Judgment, on or before **March 21, 2025**.

- Plaintiffs shall file a combined Opposition to Defendants' Motion and Cross-Motion for Summary Judgment on or before **April 4, 2025**.

- Defendants shall file a combined Reply and Opposition to Plaintiffs' Motion on or before **April 14, 2025**.

- Plaintiffs shall file a Reply on or before **April 24, 2025**.

**SO ORDERED.**

**DATED:** March 7, 2025

　　　　　　　　　　　　　　　　　　　　　　　／s／ Colleen Kollar-Kotelly
　　　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge