IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALLIANCE FOR RETIRED
AMERICANS, *et al.*,

        Plaintiffs,

v.

SCOTT BESSENT, *et al.*,

        Defendants.

Case No. 1:25-cv-00313-CKK

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Defendants in the above-captioned action file this notice of the filing of the Administrative Record of the U.S. Department of the Treasury regarding the granting of access to systems maintained by the Bureau of the Fiscal Service to agency employees implementing Executive Order 14,158.[1] A certification of the completeness of the Administrative Record accompanies this filing.

Dated: March 10, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division, Federal Programs Branch

MARCIA BERMAN
Assistant Director
Federal Programs Branch

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS

---

[1] Notwithstanding the Court's order to file an administrative record in this case, Defendants maintain that the Complaint does not challenge any final agency action and reserve their right to argue in further proceedings in this case, including in any subsequent appeal, that the Administrative Procedure Act does not provide for review.

Senior Trial Counsel
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov

*Attorneys for Defendants*

2