IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE FOR RETIRED AMERICANS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT BESSENT, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-00313-CKK |

**NOTICE OF FILING**

Defendants file this notice pursuant to the Court's March 13, 2025 Memorandum Opinion and Order, ECF No. 47. Defendants submit as Exhibit 1 the declaration of Daniel Katz, the Chief of Staff of the Department of the Treasury, and other materials that Defendants agreed to provide in their March 12, 2025 filing, ECF No. 46. Defendants believe that no supplementation of the administrative record was required, and Defendants agreed to provide the additional information to conserve the parties' and the Court's resources and to narrow the scope of the parties' disagreements. As ordered by the Court, Mr. Katz's declaration also confirms, in light of the analysis in the Court's Memorandum Opinion & Order, that there are no additional non-privileged materials responsive to the request on pages 5-6 (¶ 2) of Plaintiffs' Objections to the Designation of the Administrative Record.

Defendants also write to provide to the Court the March 14, 2025 declaration of David Ambrose, filed today in *State of New York v. Trump*, No. 25 Civ. 1144 (JAV) (S.D.N.Y.). Defendants submit Mr. Ambrose's declaration in this case to provide additional information

regarding the Bureau of the Fiscal Service's forensic analysis of the activities of former Treasury employee Marko Elez.  Mr. Ambrose's declaration is attached to this notice as Exhibit 2.

Dated:  March 14, 2025                          Respectfully submitted,

        YAAKOV M. ROTH
        Acting Assistant Attorney General
        Civil Division, Federal Programs Branch

        MARCIA BERMAN
        Assistant Director
        Federal Programs Branch

        */s/ Bradley P. Humphreys*
        BRADLEY P. HUMPHREYS
        Senior Trial Counsel
        Civil Division, Federal Programs Branch
        United States Department of Justice
        1100 L Street NW
        Washington, DC 20005
        Telephone: (202) 305-0878
        Bradley.Humphreys@usdoj.gov

        *Attorneys for Defendants*