AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Alliance for Retired Americans, American Federation of Government Employees, AFL-CIO, and Service Employees International Union, AFL-CIO | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| Scott Bessent, in his official capacity as Secretary of the Treasury; the Department of the Treasury, and the Bureau of the Fiscal Service | ) ) ) ) |
| *Defendant(s)* | ) ) |

Civil Action No.  25-313

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nandan M. Joshi
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:    02/04/2025

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  25-313

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Attorney General of the U.S.

was received by me on *(date)*  2/4/2025  .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  I served the U.S. Attorney General by certified mail on February 14, 2025. According to USPS, the service package was delivered on February 20, 2025, as shown on the attached printout.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  3/20/2025

_____
*Server's signature*

Nandan M. Joshi
_____
*Printed name and title*

Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009
_____
*Server's address*

Additional information regarding attempted service, etc:

ALERT: SEVERE WEATHER AND WINTER STORMS IN THE WESTERN AND NORTH CENTRAL U…

# USPS Tracking®

FAQs ›

**Tracking Number:**

Remove ✕

## 70210950000107630863

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:27 am on February 20, 2025 in WASHINGTON, DC 20530.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
February 20, 2025, 5:27 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
February 19, 2025, 2:01 pm

**Arrived at Post Office**
WASHINGTON, DC 20018
February 19, 2025, 12:51 pm

**In Transit to Next Facility**
February 18, 2025

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
February 14, 2025, 12:03 pm

Feedback

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**                                                    ⌄

---

**USPS Tracking Plus®**                                                      ⌄

---

**Product Information**                                                      ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**