AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Alliance for Retired Americans, American Federation of Government Employees, AFL-CIO, and Service Employees International Union, AFL-CIO <br><br> *Plaintiff(s)* <br><br> v. <br><br> Scott Bessent, in his official capacity as Secretary of the Treasury; the Department of the Treasury, and the Bureau of the Fiscal Service <br><br> *Defendant(s)* | Civil Action No. 25-313 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Scott Bessent
Secretary of the Treasury
1500 Pennsylvania Ave. NW
Washington, DC 20220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Nandan M. Joshi
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 02/04/2025

/s/ Nicole M. Wilkens
*Signature of Clerk or Deputy Clerk*

Civil Action No. 25-313

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Secretary of the Treasury Scott Bessent
was received by me on *(date)* 2/4/2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served Seretary of the Treasury Scott Bessent by certified mail on February 7, 2025. According to USPS, the service package was delivered on February 13, 2025, as shown on the attached printout.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 3/20/2025

*Server's signature*

Nandan M. Joshi
*Printed name and title*

Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009
*Server's address*

Additional information regarding attempted service, etc:

ALERT: SEVERE WEATHER AND WINTER STORMS IN THE WESTERN AND NORTH CENTRAL U…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**70210950000107630559**

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered to an agent. The item was picked up at USPS at 4:21 am on February 13, 2025 in WASHINGTON, DC 20220.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered to Agent
Delivered to Agent, Picked up at USPS
WASHINGTON, DC 20220
February 13, 2025, 4:21 am

### Redelivery Scheduled for Next Business Day
WASHINGTON, DC 20220
February 12, 2025, 11:43 am

### Arrived at Post Office
WASHINGTON, DC 20018
February 12, 2025, 9:29 am

### In Transit to Next Facility
February 11, 2025

### Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER
February 8, 2025, 12:18 pm

- **Arrived at USPS Regional Facility**
  GAITHERSBURG MD DISTRIBUTION CENTER
  February 7, 2025, 11:50 pm

- Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

[ FAQs ]