AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Alliance for Retired Americans, American Federation of Government Employees, AFL-CIO, and Service Employees International Union, AFL-CIO

*Plaintiff(s)*

v.

Scott Bessent, in his official capacity as Secretary of the Treasury; the Department of the Treasury, and the Bureau of the Fiscal Service

*Defendant(s)*

Civil Action No. 25-313

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bureau of the Fiscal Service
Department of the Treasury
3201 Pennsy Drive, Building E
Landover, MD 20785

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Nandan M. Joshi
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 02/04/2025

/s/ Nicole M. Wilkens
*Signature of Clerk or Deputy Clerk*

Civil Action No. 25-313

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bureau of the Fiscal Service
was received by me on *(date)* 2/4/2025 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served Bureau of the Fiscal Service by certified mail on February 7, 2025. According to USPS, the service package was delivered on February 10, 2025, as shown on the attached printout.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 3/20/2025

*Server's signature*

Nandan M. Joshi
*Printed name and title*

Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009
*Server's address*

Additional information regarding attempted service, etc:

ALERT: SEVERE WEATHER AND WINTER STORMS IN THE WESTERN AND NORTH CENTRAL U…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70210950000107630788

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:13 pm on February 10, 2025 in HYATTSVILLE, MD 20785.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered
Delivered, Front Desk/Reception/Mail Room

HYATTSVILLE, MD 20785
February 10, 2025, 1:13 pm

### Departed USPS Regional Facility
SOUTHERN MD DISTRIBUTION CENTER
February 10, 2025, 6:51 am

### Arrived at USPS Regional Facility
SOUTHERN MD DISTRIBUTION CENTER
February 8, 2025, 1:41 pm

### Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER
February 7, 2025, 11:49 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

