IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE FOR RETIRED AMERICANS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT BESSENT, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-00313-CKK |

**JOINT MOTION FOR ENTRY OF**
**STIPULATED PROTECTIVE ORDER**

The parties respectfully move for entry of a stipulated protective order in the above-captioned action. The parties agree that there is good cause to issue a protective order pursuant to Federal Rule of Civil Procedure 26(c) to govern the disclosure, use, and handling of certain information and items produced and received in discovery. The parties therefore respectfully request that the Court enter the accompanying proposed protective order.

Dated:  March 31, 2025

 */s/ Nandan M. Joshi*
Nandan M. Joshi (DC Bar No. 456750)
Nicolas Sansone (DC Bar No. 1686810)
Allison M. Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

Norman L. Eisen (DC Bar No. 435051)
State Democracy Defenders Fund
600 Pennsylvania Avenue SE
#15180

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Director
Federal Programs Branch

 */s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
Senior Trial Counsel
Civil Division, Federal Programs Branch
United States Department of Justice

Washington, DC 20003

*Attorneys for Plaintiffs*

1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov

*Attorneys for Defendants*