UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alliance for Retired Americans, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>Scott Bessent, in his official capacity as Secretary of the Treasury, et al.,<br><br>   Defendants. | Civil Action No. 25-313 (CKK) |

**JOINT MOTION TO MODIFY BRIEFING SCHEDULE**

  The parties respectfully move to modify the briefing schedule in the above-captioned action to extend current deadlines by one week. The Court's March 30, 2025 order (ECF 52) directed Defendants to respond to Plaintiffs' discovery requests by March 31, 2025, and provided for briefing of dispositive motions to commence on April 4, 2025. Because of technical problems experienced during the production process, Defendants were unable to complete their document production to Plaintiffs by the March 31 deadline. Defendants provided Plaintiffs with their document production on April 1, but those documents require reprocessing to include the appropriate designations under the protective order entered on April 1, 2025. Defendants anticipate that they will be able to reprocess the documents and provide them to Plaintiffs no later than April 7, 2025. The parties therefore respectfully request that the Court extend the deadlines for filing dispositive motions and responses thereto by one week to maintain the time between completion of discovery and the

commencing of briefing. Under the parties' proposed schedule, the briefing deadlines would be as follows:

- Defendants shall file their Motion to Dismiss or, in the Alternative, for Summary Judgment, on or before April 11, 2025 [currently April 4].

- Plaintiffs shall file a combined Opposition to Defendants' Motion and Cross-Motion for Summary Judgment on or before April 25, 2025 [currently April 18].

- Defendants shall file a combined Reply and Opposition to Plaintiffs' Motion on or before May 5, 2025 [currently April 28].

- Plaintiffs shall file a Reply on or before May 15, 2025 [currently May 8].

April 3, 2025                                          Respectfully submitted,

|  |  |
|---|---|
| | /s/ Nandan M. Joshi |
| YAAKOV M. ROTH | Nandan M. Joshi |
| Acting Assistant Attorney General | (DC Bar No. 456750) |
| Civil Division | Nicolas Sansone |
| | (DC Bar No. 1686810) |
| MARCIA BERMAN | Allison M. Zieve |
| Assistant Director | (DC Bar No. 424786) |
| Federal Programs Branch | Public Citizen Litigation Group |
| | 1600 20th Street NW |
| */s/ Bradley P. Humphreys* | Washington, DC 20009 |
| BRADLEY P. HUMPHREYS | (202) 588-1000 |
| Senior Trial Counsel | |
| Civil Division, Federal Programs Branch | Norman L. Eisen |
| United States Department of Justice | (DC Bar No. 435051) |
| 1100 L Street NW | State Democracy Defenders Fund |
| Washington, DC 20005 | 600 Pennsylvania Avenue SE |
| Telephone: (202) 305-0878 | #15180 |
| Bradley.Humphreys@usdoj.gov | Washington, DC 20003 |
| | |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |