## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE FOR RETIRED AMERICANS, *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, *et al.*,<br>    Defendants. | Civil Action No. 25-313 (CKK) |

## ORDER
(April 3, 2025)

The Court is in receipt of the parties' [59] Joint Motion to Modify Briefing Schedule. Therein, the parties represent that "technical problems" with the Government's discovery production have delayed the completion of discovery. Based on the parties' agreement and for good cause shown, it is hereby:

**ORDERED** that the parties' [59] Joint Motion to Modify is **GRANTED**; and further

**ORDERED** that the briefing schedule for dispositive motions is modified as follows:

- Defendants shall file their Motion to Dismiss or, in the Alternative, for Summary Judgment, on or before **APRIL 11, 2025**;

- Plaintiffs shall file a combined Opposition to Defendants' Motion and Cross-Motion for Summary Judgment on or before **APRIL 25, 2025**;

- Defendants shall file a combined Reply and Opposition to Plaintiffs' Motion on or before **MAY 5, 2025**; and

- Plaintiffs shall file a Reply on or before **MAY 15, 2025**.

**SO ORDERED.**



COLLEEN KOLLAR-KOTELLY
United States District Judge