IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE FOR RETIRED AMERICANS, *et al.*,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>SCOTT BESSENT, *in his official capacity as Secretary of the Treasury*, *et al.*,<br><br>        *Defendants*. | Case No. 1:25-cv-00313-CKK |

**DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendants respectfully move under Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Plaintiffs' claim in this action for the reasons stated in Defendants' accompanying memorandum. Plaintiffs have not alleged injury-in-fact for purposes of Article III standing, and, even if they had done so, Plaintiffs' claims fail as a matter of law.

In the alternative, Defendants move under Rule 56 for summary judgment. As demonstrated in Defendants' accompanying memorandum, there is no genuine dispute of any material fact and Defendants are entitled to judgment as a matter of law.

Dated: April 11, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS

(D.C. Bar No. 988057)
Senior Trial Counsel
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*

2