FUNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alliance for Retired Americans, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Scott Bessent, in his official capacity as Secretary of the Treasury, et al.,<br><br>Defendants. | Civil Action No. 25-313 (CKK) |

## [PROPOSED] ORDER

Upon consideration of Defendants' motion to dismiss or, in the alternative, summary judgment, and Plaintiffs' cross-motion for summary judgment, and the full record before the Court, it is hereby

**ORDERED** that Defendants' motion to dismiss and motion for summary judgment is **DENIED**.

It is further **ORDERED** that Plaintiffs' cross-motion for summary judgment is **GRANTED**.

It is further **ORDERED** that Secretary Scott Bessent, the Department of the Treasury, and the Bureau of the Fiscal Service (collectively, Defendants) are **ENJOINED** from disclosing the personally identifiable information maintained by the Bureau of the Fiscal Service to the Treasury DOGE Team, defined as individuals located in the Treasury Department whose principal role is to implement the DOGE agenda as described in Executive Order 14,158; to any officer or employee of the United States Digital Service, the U.S. DOGE Service Temporary Organization, the Executive Office of the President, or the White House; or to any other individual whose principle role is to implement Executive Order 14,158.

2

**SO ORDERED**.

Dated: _____, 2025

                                                                   _____
COLLEN KOLLAR-KOTELLY
United States District Judge