IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALLIANCE FOR RETIRED AMERICANS, *et al.*,

        Plaintiffs,

    v.

SCOTT BESSENT, *et al.*,

        Defendants.

Case No. 1:25-cv-00313-CKK

**JOINT MOTION TO MODIFY BRIEFING SCHEDULE**

The parties respectfully move to modify the briefing schedule in the above-captioned action to extend current deadlines. Pursuant to the Court's April 3, 2025 order (ECF No. 60), Defendants' combined reply in support of their motion to dismiss or, in the alternative, for summary judgment and opposition to Plaintiffs' cross-motion for summary judgment is due May 5, 2025, and Plaintiffs' reply in support of their cross-motion for summary judgment is due May 15, 2025.

The parties ask that those deadlines be extended, respectively, to May 9 and May 23. The parties make this request because of the press of work in other litigation and to accommodate other litigation deadlines that have arisen since the Court entered the parties' request for the current briefing schedule.

Dated: May 1, 2025

Respectfully submitted,

 */s/ Nandan M. Joshi*
Nandan M. Joshi (DC Bar No. 456750)
Nicolas Sansone (DC Bar No. 1686810)
Allison M. Zieve (DC Bar No. 424786)
Public Citizen Litigation Group

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

| | |
|---|---|
| 1600 20th Street NW<br>Washington, DC 20009<br>(202) 588-1000 | MARCIA BERMAN<br>Assistant Director<br>Federal Programs Branch |
| Norman L. Eisen (DC Bar No. 435051)<br>State Democracy Defenders Fund<br>600 Pennsylvania Avenue SE<br>#15180<br>Washington, DC 20003 | */s/ Bradley P. Humphreys*<br>BRADLEY P. HUMPHREYS<br>Senior Trial Counsel<br>Civil Division, Federal Programs Branch<br>United States Department of Justice<br>1100 L Street NW<br>Washington, DC 20005<br>Telephone: (202) 305-0878<br>Bradley.Humphreys@usdoj.gov |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |