## JOINT APPENDIX INDEX

| No. | Document Description | # Pages | Bates No. |
|---|---|---|---|
| 1 | Email from Daniel Katz re: delegation of duties of Fiscal Assistant Secretary to Tom Krause | 1 | 25-cv-00313_DDC_UST_0001 |
| 2 | Memorandum re: delegation of duties of Fiscal Assistant Secretary to Tom Krause | 2 | 25-cv-00313_DDC_UST_0002 – 25-cv-00313_DDC_UST_0003 |
| 3 | Notification of Personnel Action for Marko Elez | 1 | 25-cv-00313_DDC_UST_0004 |
| 4 | Expert Consultant Hire Package – Tom Krause | 9 | 25-cv-00313_DDC_UST_0005 – 25-cv-00313_DDC_UST_0013 |
| 5 | Expert Consultant Hire Package – Tom Krause Corrected | 8 | 25-cv-00313_DDC_UST_00014 – 25-cv-00313_DDC_UST_0021 |
| 6 | Marko Elez Position Description | 2 | 25-cv-00313_DDC_UST_0022 – 25-cv-00313_DDC_UST_0023 |
| 7 | Vetting Checklist – Marko Elez | 2 | 25-cv-00313_DDC_UST_0028 – 25-cv-00313_DDC_UST_0029 |
| 8 | Payment Process Engagement – Kansas City Site Visit | 1 | 25-cv-00313_DDC_UST_0056 |
| 9 | Fiscal Service Payment Processing Engagement Plan | 3 | 25-cv-00313_DDC_UST_0057 – 25-cv-00313_DDC_UST_0059 |
| 10 | Preliminary Work Plan | 1 | 25-cv-00313_DDC_UST_0060 |
| 11 | Email re: IT Check in Follow Up | 1 | 25-cv-00313_DDC_UST_0061 |
| 12 | Access Request Changes Spreadsheet | 1 | 25-cv-00313_DDC_UST_0062 |
| 13 | Emails re: Confirmation to Proceed on interception of USAID payments | 3 | 25-cv-00430-DMD_UST_0063 – 25-cv-00430-DMD_UST_0065 |
| 14 | Emails re: additional accounts for interception of payments | 3 | 25-cv-00430-DMD_UST_0066 – 25-cv-00430-DMD_UST_0068 |
| 15 | Email re: Thomas Krause addition to meet and greet | 1 | Supp_25-cv-00313_DDC_UST_0001 |
| 16 | Incident Ticket concerning Elez database access | 1 | Supp_25-cv-00313_DDC_UST_0007 |