| From: | Katz, Daniel |
|---|---|
| To: | Garber, Matthew; Gribben, Timothy E.; Miskell, Renata |
| Cc: | Krause, Tom; Froman, Eric; Pilkerton, Christopher |
| Subject: | Fiscal Assistant Secretary |
| Date: | Friday, February 7, 2025 8:38:40 AM |

Hi Team-

I wanted to let you know that Secretary Bessent has delegated the duties of the Fiscal Assistant Secretary to Tom Krause. As you know, Tom brings more than 20 years of experience leading, building and positioning software and technology companies for value and long-term success. Mr. Krause previously served as an executive officer of Broadcom Inc., both as Chief Financial Officer and most recently responsible for forming and leading the Broadcom Software Group as President. He began his career in technology with Robertson Stephens and Technology Crossover Ventures followed by business and corporate development leadership roles in the semiconductor industry. Tom is a graduate of Princeton University, where he majored in Economics.

The Secretary is excited about the decades of executive leadership that Tom brings to the role, as well as his deep expertise in building and managing complex organizations across multiple sectors. I know that Tom is very much looking forward to working with all of you and appreciates all of your efforts to advance Treasury's mission. Tom will be in touch with you shortly to share his vision and action plan for the organization.

I want to express thanks and appreciation to Matt for his leadership of the Office of the Fiscal Assistant Secretary over the last two and a half weeks. He will resume his role as Deputy Assistant Secretary for Fiscal Operations & Policy, and will continue to be an essential leader for the Department. I would also appreciate if you could communicate Tom's new duties out to your teams.

Best, Dan



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C.

February 5, 2025

## ACTION MEMORANDUM FOR SECRETARY BESSENT

**FROM:**     Brian Sonfield, Acting General Counsel

**SUBJECT:**  Proposed Delegation of Duties of Fiscal Assistant Secretary

## RECOMMENDATION:

That you sign the attached document delegating the duties of the Fiscal Assistant Secretary to Thomas Krause.

_____ Approve          _____ Disapprove          _____ Let's Discuss

## DECISION DEADLINE

**Date:**        ASAP
**Rationale:**   Needed to meet administration priorities.

## BACKGROUND

Delegating the duties of the Fiscal Assistant Secretary position to Thomas Krause will enable him to more effectively undertake his current work assignment.

## ATTACHMENT

1. Delegation of Authority for Signature.

Final Docume nt     Digitally signed by Final Document
Date: 2025.02.05 18:02:34 -05'00'
25-cv-00313_DDC_UST_0002

## DELEGATION OF AUTHORITY

By virtue of my authorities, including 31 U.S.C. § 321(b) and (c), I hereby delegate all authorities and responsibilities of the Fiscal Assistant Secretary to Thomas Krause, reporting directly to me. This delegation shall remain in effect until a Fiscal Assistant Secretary is appointed or Mr. Krause ends his employment with Treasury, unless sooner rescinded.

2/5/2025

Date

Scott K. H. Bessent

Standard Form 50
Rev 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| ELEZ, MARKO | ██████████ | ████████ | 01-21-2025 |

## FIRST ACTION / SECOND ACTION

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 171 | EXC APPT NTE 05/20/25 | | |

| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
|---|---|---|---|
| Y9K | SCH C 213.3302 (A) | | |

| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
|---|---|---|---|
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | SPECIAL ADVISOR (IT&M) |
| | 66893097  C00424 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | .00 | | GS | 0301 | 11 | 01 | $84,601.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| .00 | .00 | .00 | .00 | $63,163.00 | $21,438.00 | $84,601.00 | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | DEPARTMENTAL OFFICES |
| | OFFICE OF THE CHIEF OF STAFF |
| | TR 910300000000000000   PP 01 2025 |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 - None   3 - 10 Point/Disability   5 - 10 Point/Other<br>2 - 5 Point   4 - 10 Point/Compensable   6 - 10 Point/Compensable/30% | 0 - None   2 - Conditional<br>1 - Permanent   3 - Indefinite | | YES    X    NO |
| 1 | 0 | | |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| A0   INELIGIBLE-EXCLUDED BY LAW OR REG | 9   NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| ██████ | 01-21-2025 | F   FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - Competitive Service   3 - SES General<br>2 - Excepted Service   4 - SES Career Reserved | E - Exempt<br>N - Nonexempt | | 8888 |
| 2 | E | | |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON  DIST OF COLUMBIA  DC |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks
INDIVIDUAL APPOINTMENTS UNDER THIS AUTHORITY MAY BE MADE FOR 120 DAYS
WITH ONE EXTENSION OF AN ADDITIONAL 120 DAYS.
EXCEPTED APPOINTMENT NOT TO EXCEED 05/20/2025.
POSITION IS AT THE FULL PERFORMANCE LEVEL OR BAND.
APPOINTMENT AFFIDAVIT EXECUTED 01/21/2025.
REASON FOR TEMPORARY APPOINTMENT: ADMINISTRATIVE NEED.
OPF MAINTAINED BY BUREAU OF THE FISCAL SERVICE, 200 THIRD STREET
PARKERSBURG, WV 26106
CREDITABLE MILITARY SERVICE: 00YRS. 00MOS.
PREVIOUS RETIREMENT COVERAGE: NEVER COVERED.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF THE TREASURY | ELECTRONICALLY SIGNED BY: |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | MICHAEL J. WENZLER |
|---|---|---|---|
| TR 91 | 2731 | 01-23-2025 | HUMAN RESOURCES OFFICER |

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236

**1 - Employee Copy - Keep for Future Reference**

## NOTICE TO EMPLOYEE

**This is your copy of the official notice of a personnel action. Keep it with your records because it could be used to make employment, pay, and qualifications decisions about you in the future.**

**The Action**
- Blocks 5-B and 6-B describe the personnel action(s) that occurred.
- Blocks 15-22 show the position and organization to which you are assigned.

**Pay**
- When the personnel action is an award or bonus, block 20 shows the amount of that one-time cash payment. When the action is not an award or bonus, block 12 shows your former total annual salary, and block 20 shows your new total annual salary (block 20C plus 20D). The amounts in blocks 12 and 20 do not include any one-time cash payments (such as performance awards and recruitment or relocation bonuses) or payments that may vary from one pay period to the next (such as overtime pay), or other forms of premium pay.
- Block 20A is the scheduled amount for your grade and step, including any special salary rate you receive. It does not include any locality-based pay. This rate of pay serves as the basis for determining your rate of pay upon promotion, change to a lower grade, or reassignment, and is used for pay retention purposes.
- Block 20B is the annual dollar amount of your Interim Geographic Adjustment or, beginning in 1994, your locality-based comparability payment.
- Block 20C is your Adjusted Basic Pay, the total of blocks 20A and 20B. It servers as the basis for computing your retirement benefits, life insurance, premium pay, and severance pay.
- Block 20D is the total dollar amount of any Retention Allowances, Supervisory Differentials, and Staffing Differentials that are listed in the remarks block. These payments are made in the same manner as basic pay, but are not a part of basic pay for any purposes.

**Block 24 - Tenure**
- Identifies the nature of your appointment and is used to determine your rights during a reduction in force (RIF). Tenure groups are explained in more detail in subchapter 26 of FPM Supplement 296-33 and RIF is explained in FPM Supplement 351-1; both should be available for review in your personnel office.

**Block 26 - Veterans Preference for RIF**
- Indicates whether you have preference for reduction-in-force purposes.

**Block 30 - Retirement Plan**

| | |
|---|---|
| - FICA | -Social Security System |
| - CS | -Civil Service Retirement System |
| - CS-Spec | -Civil Service Retirement System for law enforcement and firefighter personnel |
| - FS | -Foreign Service Retirement and Disability System |
| -FERS | -Federal Employees' Retirement System |
| -FERS Reserve Tech | -Federal Employees' Retirement System for National Guard Reserve Technicians |
| -FERS ATC | -Federal Employees' Retirement System for Air Traffic Controllers |
| -FERS Spec | -Federal Employees' Retirement System for law enforcement and firefighter personnel |
| -FSPS | -Foreign Service Pension System |

**Block 31 - Service Computation Date (Leave)**
- Shows when your Federal service began unless you have prior creditable service. If so, this date is constructed to include your total years, months, and days of prior creditable civilian and military service.
- Full-time employees with fewer than 3 years of service earn 4 hours of annual leave each pay period; those with 3 or more years but less than 15 years earn 6 hours each pay period; and those with 15 or more years earn 8 hours each pay period
- Your earnings and leave statement or your time and attendance card will show the rate at which you earn leave and your current unused leave balance.

**Block 32 - Work Schedule**
- Your work schedule is established by your supervisor.
- A full-time employee works on a prearranged scheduled tour of duty that is usually 40 hours per week. A part-time employee has a prearranged scheduled tour of duty that is usually between 16 and 32 hours per week. An intermittent employee has no prearranged scheduled tour of duty and works when needed.
- Full-time and part-time employees whose appointments are for 90 days or more are usually eligible to earn annual leave; intermittent employees are not.
- Seasonal employees work on an annually recurring basis for periods of less than 12 months each year; they may have a full-time, a part-time, or an intermittent schedule during their work season.
- On-call employees work during periods of heavy workload and are in pay status for a t least 6 months of each year; they may have either a full-time or a part-time schedule when they are in pay status.

**Block 33 - Part-time Hours Per Biweekly Pay Period**
- Indicates the number of hours a part-time employees is scheduled to work during a two-week pay period.

**Block 34 - Position Occupied**
- Identifies the employment system under which you are serving - the Competitive Service, the Excepted service, or the Senior Executive Service (SES).
- The employment system determines your eligibility to move to other jobs in the Federal service, your rights in disciplinary and adverse actions, and your eligibility for reemployment if you leave Federal service.

**Block 35 - FLSA Category**
- Exempt employees are not covered by the minimum wage and overtime law (the Fair Labor Standards Act); nonexempt employees **are** covered.

**Block 37 - Bargaining Unit Status**
- Identifies a bargaining unit to which you belong; whether or not you are actually a member of a labor organization. Code "7777" indicates you are eligible but not in a bargaining unit; code "8888" indicates you are ineligible for inclusion in a bargaining unit.

**Blocks 38 and 39 - Duty Station**
- Identifies the city, county and state or the overseas location, where you actually work.

### OTHER INFORMATION

- If your appointment entitles you to elect health benefits or life insurance, and you have not been provided materials explaining the programs available and the enrollment forms, contact your personnel specialist.
-Your personnel specialist will also tell you if your position is covered by an agreement between an employee organization (union) and agency. If you are eligible to and elect to join an employee organization, you can elect to have your dues withheld from your salary.
- If you have questions or need more information about your rights and benefits, ask your supervisor or your personnel office.
- Definitions for any coded data in Blocks 1-24, 27-39 and 45-50 may be found in Federal Personnel Manual Supplement 292-1.

**It is your responsibility to read all the information on the front of this notice and tell your personnel office immediately if there is an error in it.**

25-cv-00313_DDC_UST_0005



DEPARTMENT OF THE TREASURY
DEPARTMENTAL OFFICES
OFFICE OF HUMAN RESOURCES

# EXPERT and CONSULTANT REQUIRED FORMS CHECKLIST
## Appointed under 5 USC 3109, 5 CFR 304 only.

### Check all attachments included with packet.

☑ Request form
☑ Certification Form
☑ Financial Disclosure
☑ Compensation Waiver Form (if unpaid)
☑ Resume
☑ Summary of Duties

\* After HR receives the packet from the requesting office, please send the approved packet to Ethics @ Ethics@treasury.gov.

Michael J. Wenzler    Digitally signed by Michael J. Wenzler
Date: 2025.02.03 14:50:18 -05'00'        **2/3/2025**
_____        _____
Signature of Appointing Authority or Designee        Date



DEPARTMENT OF THE TREASURY
DEPARTMENTAL OFFICES
OFFICE OF HUMAN RESOURCES

## EXPERT and CONSULTANT REQUEST FORM
### Appointed under 5 USC 3109 only

| 1. NAME OF PERSON: (Last, first, middle initial) | 2. TOTAL PERIOD FOR WHICH APPOINTMENT IS REQUESTED: (List dates from beginning month/day/year to ending month/day/year) |
|---|---|
| Krause Jr., Thomas, Harry | 02/09/2025 - 4/10/2025 |
| 3. MAILING ADDRESS | 4  APPROXIMATE NUMBER OF DAYS IN CALENDAR YEAR PERSON IS EXPECTED TO PERFORM SERVICES DURING THIS PERIOD. |
| ████████████████████ | 60 days |

5. TYPE OF APPOINTMENT: (Appointment vs /Re-appointment), (Expert vs Consultant), (Full-time, Part-time, Intermittent), (Hourly basis vs Daily basis)

Appointment, Consultant, Intermittent, Hourly (Unpaid)

6A.  STATE THE BASE SALARY (EXCLUDING LOCALITY PAY). IF UNPAID, CIRCLE BELOW AND COMPLETE WAIVER ON PAGE 3 OF 3:

6B.  WILL COST OF LIVING ADJUSTMENTS BE AUTHORIZED?


6C: UNPAID

**7.  EXPLAIN IN FULL THE SERVICES TO BE PERFORMED:**
The Senior Advisor for Technology and Modernization plays a pivotal role in advancing the Treasury's technology infrastructure, financial management systems, and cybersecurity initiatives. This position leads IT modernization efforts by implementing emerging technologies such as AI, blockchain, and cloud computing while ensuring compliance with federal IT policies. Additionally, the advisor oversees the modernization of legacy systems, integrating real-time analytics, automation, and enhanced data-sharing capabilities across agencies. In collaboration with the Chief Information Officer (CIO), they strengthen cybersecurity protocols to protect critical financial systems and mitigate risks. Furthermore, the role fosters public-private partnerships with financial institutions, technology firms, and regulatory agencies to drive innovation in digital payments, blockchain applications, and AI-driven fiscal management, ensuring Treasury's financial operations remain secure, efficient, and technologically advanced.

**7A. EXPLAIN WHAT DUTIES WILL BE ASSIGNED THAT WILL INVOLVE THE PERSON IN THE TRANSACTION OF BUSINESS ON BEHALF OF THE GOVERNMENT WITH ANY PROFIT OR NON-PROFIT ORGANIZATION:**

The Senior Advisor for Technology and Modernization will not be assigned any duties that will involve the incumbent in the transaction of business on behalf of the government with any profit or non-profit organizations.

**7B. SPECIFY WHAT DUTIES WILL BE ASSIGNED THAT WILL INVOLVE THE PERSON IN THE RENDERING OF ADVICE TO THE GOVERNMENT WHICH WILL HAVE DIRECT AND PREDICTABLE EFFECT ON THE INTERESTS OF ANY PROFIT OR NON-PROFIT ORGANIZATION:**

The Senior Advisor for Technology and Modernization will provide critical recommendations that shape government technology and financial management strategies, directly influencing profit and non-profit organizations involved in financial services, technology procurement, cybersecurity, payment processing, and regulatory compliance. Through policy guidance, modernization efforts, and strategic partnerships, this role will have a direct and predictable effect on private-sector and non-profit entities that interact with the Department of the Treasury.

**8.  JUSTIFICATION FOR OBTAINING OR EXTENDING THIS PERSON'S SERVICES:** *(Please include special qualifications of the nominee which relate specifically to the services to be performed.)*

The appointment of Thomas Harry Krause, Jr. as the Senior Advisor for Technology and Modernization is essential to advancing the Department of the Treasury's efforts in modernizing financial systems, enhancing cybersecurity, and improving the operational efficiency of its bureaus. Given the Treasury's increasing reliance on emerging technologies to enhance fiscal management, payment systems, and data security, Mr. Krause's extensive expertise and proven leadership make him exceptionally well-suited for this role.

**9A.  TOTAL NUMBER OF DAYS ALREADY EMPLOYED THE ABOVE PERSON AS AN EXPERT OR CONSULTANT TO PERFORM SUBSTANTIALLY THE SAME DUTIES:**

0 (zero) days

**9B.  TOTAL AMOUNT OF FUNDS, EXCLUDING PAYMENTS FOR TRAVEL AND RELATED EXPENSES, I.E., LODGINGS/MEALS, ETC., PAID THE ABOVE PERSON AS AN EXPERT /CONSULTANT TO PERFORM SUBSTANTIALLY THE SAME DUTIES:**

$0.00

**10.  PROPOSED TOTAL AMOUNT OF FUNDS, EXCLUDING PAYMENTS FOR TRAVEL AND RELATED EXPENSES, I.E., LODGINGS/MEALS, ETC., ESTIMATES PAYING THE ABOVE PERSON AS AN EXPERT OR CONSULTANT ON THIS APPOINTMENT:**

$0.00



DEPARTMENT OF THE TREASURY
DEPARTMENTAL OFFICES
OFFICE OF HUMAN RESOURCES

## CERTIFICATION
### EXPERT/CONSULTANT APPOINTMENT

In approving the appointment of this consultant/expert, I have considered the requirements of law, Office of Personnel Management, and Departmental Offices (DO) policies and instructions.  More specifically, I certify that:

1.  The services of this individual are essential for effective program management.

2.  The duties to be performed are those of *(check one)*

    ☑ a consultant, i.e., they are purely advisory in nature and will not include the performance of supervision of operating functions.

    ☐ an expert, i.e., they require a high level of expertise not available in the regular workforce.

3.  The individual is qualified to *(check one)*

    ☑ provide advisory services views, opinions, alternatives, or recommendations on a temporary and/or intermittent basis on issues, problems, or questions presented by a federal official as a consultant as that term is defined in 5 CFR 304.102.

    ☐ serve as an expert with skills superior to those of others in the same profession, occupation, or activity to perform work on a temporary and/or intermittent basis assigned by a federal official as that term is defined in 5 CFR. 304.103(a)(2).

4.  The appointment is appropriately designated as *(check one)*

    ☑ intermittent (the individual will work occasionally and irregularly).

    ☐ Full-time or part-time (the individual will work on a regular basis for a temporary period)

5.  The appropriate appointment authority is being used.

6.  The proposed pay rate is commensurate with the work to be performed and qualifications of the proposed appointee; and

7.  The record of appointment has been clearly documented to show the services to be performed and the special qualifications of the appointee which relate specifically to those services

| Date | Signature (Supervisor/Program Manager) Authorized to Obtain the Consultant's/Expert's Services |
|---|---|
| **2/3/2025** | Michael J. Wenzler  Digitally signed by Michael J. Wenzler Date: 2025.02.03 14:53:08 -05'00' |
| Date | Signature (Appointing Official) |

25-cv-00313_DDC_UST_0008



DEPARTMENT OF THE TREASURY
DEPARTMENTAL OFFICES
OFFICE OF HUMAN RESOURCES

## WAIVER OF COMPENSATION

I understand my service to the Government of the United States as an expert or consultant for the Departmental Offices, Office of the Chief of Staff is provided without compensation.

I agree to release the Government of the United States from any claims or demands for compensation for services performed under this appointment.

**1/27/2025**

Signature of Proposed Appointee                      Date

*Office Use Only*

*Date Received:*     **1/27/2025**

*Office Human Resources Authorized Signatory:* _____

Director (or Designee)

## Contact

www.linkedin.com/in/thomas-h-krause (LinkedIn)

# Tom Krause

CEO, Cloud Software Group

Fort Lauderdale, Florida, United States

## Summary

Fueled by a decades-long passion for technology and finance, my career has been focused on driving product and business process innovation that builds both sustainable growth for the businesses I lead and value for the customers and partners we serve.

Currently, I serve as Chief Executive Officer at Cloud Software Group, which provides more than 100 million users around the world with mission critical enterprise software at scale. Comprised of the Citrix, NetScaler, TIBCO, IBI, Jaspersoft, ShareFile, and XenServer business units, Cloud Software Group helps the world's largest organizations adapt, transform, and meet the challenges facing every modern enterprise across private, public, managed and sovereign cloud environments.

Prior to joining Cloud Software Group, I served as president of Broadcom Software Group, where I led six software divisions, worked with a team of more than 6,000 employees and managed $5 billion+ in revenue. I previously served as Chief Financial Officer of Broadcom, after joining the company as VP Corporate Development in 2012.

─────

## Experience

Cloud Software Group
Chief Executive Officer
September 2022 - Present (2 years 4 months)
Fort Lauderdale, Florida, United States

More than 100 million users around the globe rely on Cloud Software Group to help them adapt, transform, and meet the challenges facing every modern enterprise across private, public, managed and sovereign cloud environments. We enable our customers to evolve, compete and succeed leveraging our software franchises for and across data, automation, insight and collaboration.

25-cv-00313_DDC_UST_0010

Broadcom Software
6 years 8 months

President, Broadcom Software Group
December 2020 - September 2022 (1 year 10 months)
San Francisco Bay Area

Broadcom Software: Business-critical software solutions that modernize,
optimize, and protect the world's most complex hybrid environments.

Managed Broadcom's six software divisions as well as software sales,
customer support and software operations. Included a team of more than
6,000 employees with $5 billion+ in revenue.

Chief Financial Officer
October 2016 - December 2020 (4 years 3 months)
San Jose, California, United States

Broadcom Inc: A global technology leader in semiconductor and infrastructure
software solutions.

Responsible for overseeing all financial functions, mergers and acquisitions,
information technology, human resources and investor relations

Acting Chief Financial Officer
March 2016 - October 2016 (8 months)
San Jose, California, United States

VP Corporate Development
February 2016 - October 2016 (9 months)
San Jose, California, United States

Avago Technologies
VP Corporate Development
January 2012 - January 2016 (4 years 1 month)

Avago Technologies: Leading designer, developer, and global supplier of a
broad range of analog and digital semiconductor connectivity solutions.

Krause Consulting Group
Managing Partner
2010 - 2012 (2 years)
Palo Alto, California, United States

Independent financial advisory firm for various technology companies.

25-cv-00313_DDC_UST_0011

## Techwell
**VP Business Development**
2004 - 2010 (6 years)
San Jose, California, United States

Fabless semiconductor company that designed and sold mixed-signal video solutions for the security surveillance and automotive infotainment markets. Acquired by Intersil in 2010.

## TCV
Associate
2002 - 2004 (2 years)
Palo Alto, California, United States

Leading venture capital firm providing capital to growth-stage, private, and public companies in the technology industry.

## Robertson Stephens
Investment Banking Analyst
2000 - 2002 (2 years)
San Francisco

---

# Education

### Princeton University
Bachelor of Arts - BA, Economics · (1996 - 2000)

Senior Advisor (Technology and Modernization) to the Chief of Staff
FLSA: Exempt
GS-15

The Senior Advisor for Technology and Modernization shall work closely with the Chief of Staff, the Under Secretary for Domestic Finance, and the Office of Fiscal Assistant Secretary and Fiscal Service to lead on the development, execution, and management of the information technology and technological modernization efforts and programs for the Department of the Treasury and the internal management of the Department and its bureaus – including the Bureau of the Fiscal Service (see additional detail below) – as it relates to technology.

The incumbent requires access to Special Sensitive/SCI information in the execution of his duties and Special Sensitive security clearance in order to work on matters related to Department of the Treasury critical infrastructure.

The Senior Advisor will work very closely with the Office of Fiscal Assistant Secretary and Fiscal Service – and in particular the Office of the Commissioner – to execute Fiscal's mission of promoting the financial integrity and operational efficiency of the federal government through exceptional accounting, financing, collections, payments, and shared services. The Senior Advisor shall focus on key issues for Fiscal, including but not limited to (1) Operational Resiliency; (2) Advancing Governmentwide Payment Integrity; (3) Critical Modernization Programs; (4) Improving the Payment Experience; and (5) TreasuryDirect User Credential Costs. The Senior Advisor shall work closely with key internal, external, and interagency stakeholders to execute Fiscal's mission.

III. SUPERVISION AND GUIDANCE

Reports to the Chief of Staff who provides general direction. The Chief of Staff defines the role of the Senior Advisor for IT and Modernization, delegates sufficient authority to permit enactment of this role, communicates relevant policy information, and evaluates performance in terms of effectiveness in the attainment of objectives.



DEPARTMENT OF THE TREASURY
DEPARTMENTAL OFFICES
OFFICE OF HUMAN RESOURCES

*CORRECTED 2/10/2025*

# EXPERT and CONSULTANT REQUIRED FORMS CHECKLIST
## Appointed under 5 USC 3109, 5 CFR 304 only.

**Check all attachments included with packet.**

☑ Request form
☑ Certification Form
☑ Financial Disclosure
☑ Compensation Waiver Form (if unpaid)
☑ Resume
☑ Summary of Duties

\*After HR receives the packet from the requesting office, please send the approved packet to Ethics @ Ethics@treasury.gov.

Michael J. Wenzler  Digitally signed by Michael J. Wenzler
Date: 2025.02.10 14:03:34 -05'00'                02/10/2025
_____          _____
Signature of Appointing Authority or Designee          Date



DEPARTMENT OF THE TREASURY
DEPARTMENTAL OFFICES
OFFICE OF HUMAN RESOURCES

## EXPERT and CONSULTANT REQUEST FORM
### Appointed under 5 USC 3109 only

| 1. NAME OF PERSON: (*Last, first, middle initial*) | 2. TOTAL PERIOD FOR WHICH APPOINTMENT IS REQUESTED: (*List dates from beginning month/day/year to ending month/day/year*) |
|---|---|
| Krause Jr., Thomas, Harry | 01/23/2025 - 03/24/2025 |
| **3. MAILING ADDRESS** | **4. APPROXIMATE NUMBER OF DAYS IN CALENDAR YEAR PERSON IS EXPECTED TO PERFORM SERVICES DURING THIS PERIOD.** |
| ████████████████ | 60 days |

**5. TYPE OF APPOINTMENT:** *(Appointment vs /Re-appointment), (Expert vs Consultant), (Full-time, Part-time, Intermittent), Hourly basis vs Daily basis)*

Appointment, Consultant, Intermittent, Hourly (Unpaid)

**6A. STATE THE BASE SALARY (EXCLUDING LOCALITY PAY). IF UNPAID, CIRCLE BELOW AND COMPLETE WAIVER ON PAGE 3 OF 3:**

**6B. WILL COST OF LIVING ADJUSTMENTS BE AUTHORIZED?**


(6C: UNPAID)

**7. EXPLAIN IN FULL THE SERVICES TO BE PERFORMED:**
The Senior Advisor for Technology and Modernization plays a pivotal role in advancing the Treasury's technology infrastructure, financial management systems, and cybersecurity initiatives. This position leads IT modernization efforts by implementing emerging technologies such as AI, blockchain, and cloud computing while ensuring compliance with federal IT policies. Additionally, the advisor oversees the modernization of legacy systems, integrating real-time analytics, automation, and enhanced data-sharing capabilities across agencies. In collaboration with the Chief Information Officer (CIO), they strengthen cybersecurity protocols to protect critical financial systems and mitigate risks. Furthermore, the role fosters public-private partnerships with financial institutions, technology firms, and regulatory agencies to drive innovation in digital payments, blockchain applications, and AI-driven fiscal management, ensuring Treasury's financial operations remain secure, efficient, and technologically advanced.

**7A. EXPLAIN WHAT DUTIES WILL BE ASSIGNED THAT WILL INVOLVE THE PERSON IN THE TRANSACTION OF BUSINESS ON BEHALF OF THE GOVERNMENT WITH ANY PROFIT OR NON-PROFIT ORGANIZATION:**

The Senior Advisor for Technology and Modernization will not be assigned any duties that will involve the incumbent in the transaction of business on behalf of the government with any profit or non-profit organizations.

**7B. SPECIFY WHAT DUTIES WILL BE ASSIGNED THAT WILL INVOLVE THE PERSON IN THE RENDERING OF ADVICE TO THE GOVERNMENT WHICH WILL HAVE DIRECT AND PREDICTABLE EFFECT ON THE INTERESTS OF ANY PROFIT OR NON-PROFIT ORGANIZATION:**

The Senior Advisor for Technology and Modernization will provide critical recommendations that shape government technology and financial management strategies, directly influencing profit and non-profit organizations involved in financial services, technology procurement, cybersecurity, payment processing, and regulatory compliance. Through policy guidance, modernization efforts, and strategic partnerships, this role will have a direct and predictable effect on private-sector and non-profit entities that interact with the Department of the Treasury.

**8. JUSTIFICATION FOR OBTAINING OR EXTENDING THIS PERSON'S SERVICES:** *(Please include special qualifications of the nominee which relate specifically to the services to be performed.)*

The appointment of Thomas Harry Krause, Jr. as the Senior Advisor for Technology and Modernization is essential to advancing the Department of the Treasury's efforts in modernizing financial systems, enhancing cybersecurity, and improving the operational efficiency of its bureaus. Given the Treasury's increasing reliance on emerging technologies to enhance fiscal management, payment systems, and data security, Mr. Krause's extensive expertise and proven leadership make him exceptionally well-suited for this role.

**9A. TOTAL NUMBER OF DAYS ALREADY EMPLOYED THE ABOVE PERSON AS AN EXPERT OR CONSULTANT TO PERFORM SUBSTANTIALLY THE SAME DUTIES:**

0 (zero) days

**9B. TOTAL AMOUNT OF FUNDS, EXCLUDING PAYMENTS FOR TRAVEL AND RELATED EXPENSES, I.E., LODGINGS/MEALS, ETC., PAID THE ABOVE PERSON AS AN EXPERT /CONSULTANT TO PERFORM SUBSTANTIALLY THE SAME DUTIES:**

$0.00

**10. PROPOSED TOTAL AMOUNT OF FUNDS, EXCLUDING PAYMENTS FOR TRAVEL AND RELATED EXPENSES, I.E., LODGINGS/MEALS, ETC., ESTIMATES PAYING THE ABOVE PERSON AS AN EXPERT OR CONSULTANT ON THIS APPOINTMENT:**

$0.00

25-cv-00313_DDC_UST_0015



DEPARTMENT OF THE TREASURY
DEPARTMENTAL OFFICES
OFFICE OF HUMAN RESOURCES

**CERTIFICATION**
**EXPERT/CONSULTANT APPOINTMENT**

In approving the appointment of this consultant/expert, I have considered the requirements of law, Office of Personnel Management, and Departmental Offices (DO) policies and instructions. More specifically, I certify that:

1. The services of this individual are essential for effective program management.

2. The duties to be performed are those of *(check one)*

   ☑ a consultant, i.e., they are purely advisory in nature and will not include the performance of supervision of operating functions.

   ☐ an expert, i.e., they require a high level of expertise not available in the regular workforce.

3. The individual is qualified to *(check one)*

   ☑ provide advisory services views, opinions, alternatives, or recommendations on a temporary and/or intermittent basis on issues, problems, or questions presented by a federal official as a consultant as that term is defined in 5 CFR 304.102.

   ☐ serve as an expert with skills superior to those of others in the same profession, occupation, or activity to perform work on a temporary and/or intermittent basis assigned by a federal official as that term is defined in 5 CFR. 304.103(a)(2).

4. The appointment is appropriately designated as *(check one)*

   ☑ intermittent (the individual will work occasionally and irregularly).

   ☐ Full-time or part-time (the individual will work on a regular basis for a temporary period)

5. The appropriate appointment authority is being used.

6. The proposed pay rate is commensurate with the work to be performed and qualifications of the proposed appointee; and

7. The record of appointment has been clearly documented to show the services to be performed and the special qualifications of the appointee which relate specifically to those services.

_____
Date

_____
Signature (Supervisor/Program Manager)
Authorized to Obtain the Consultant's/Expert's Services

02/10/2025
_____
Date

Michael J. Wenzler  Digitally signed by Michael J. Wenzler
Date: 2025.02.10 14:02:36 -05'00'

_____
Signature (Appointing Official)

25-cv-00313_DDC_UST_0016



DEPARTMENT OF THE TREASURY
DEPARTMENTAL OFFICES
OFFICE OF HUMAN RESOURCES

## WAIVER OF COMPENSATION

I understand my service to the Government of the United States as an expert or consultant for the Departmental Offices, Office of the Chief of Staff is provided without compensation.

I agree to release the Government of the United States from any claims or demands for compensation for services performed under this appointment.

_____    1/27/2025
Signature of Proposed Appointee        _____
                                        Date

*Office Use Only*

*Date Received:* 1/27/2025 _____

*Office Human Resources Authorized Signatory:* _____
                                        *Director (or Designee)*

25-cv-00313_DDC_UST_0017

## Contact

www.linkedin.com/in/thomas-h-krause (LinkedIn)

# Tom Krause

CEO, Cloud Software Group

Fort Lauderdale, Florida, United States

## Summary

Fueled by a decades-long passion for technology and finance, my career has been focused on driving product and business process innovation that builds both sustainable growth for the businesses I lead and value for the customers and partners we serve.

Currently, I serve as Chief Executive Officer at Cloud Software Group, which provides more than 100 million users around the world with mission critical enterprise software at scale. Comprised of the Citrix, NetScaler, TIBCO, IBI, Jaspersoft, ShareFile, and XenServer business units, Cloud Software Group helps the world's largest organizations adapt, transform, and meet the challenges facing every modern enterprise across private, public, managed and sovereign cloud environments.

Prior to joining Cloud Software Group, I served as president of Broadcom Software Group, where I led six software divisions, worked with a team of more than 6,000 employees and managed $5 billion+ in revenue. I previously served as Chief Financial Officer of Broadcom, after joining the company as VP Corporate Development in 2012.

---------

## Experience

**Cloud Software Group**
Chief Executive Officer
September 2022 - Present (2 years 4 months)
Fort Lauderdale, Florida, United States

More than 100 million users around the globe rely on Cloud Software Group to help them adapt, transform, and meet the challenges facing every modern enterprise across private, public, managed and sovereign cloud environments. We enable our customers to evolve, compete and succeed leveraging our software franchises for and across data, automation, insight and collaboration.

25-cv-00313_DDC_UST_0018

## Broadcom Software

6 years 8 months

### President, Broadcom Software Group

December 2020 - September 2022 (1 year 10 months)

San Francisco Bay Area

Broadcom Software:  Business-critical software solutions that modernize, optimize, and protect the world's most complex hybrid environments.

Managed Broadcom's six software divisions as well as software sales, customer support and software operations. Included a team of more than 6,000 employees with $5 billion+ in revenue.

### Chief Financial Officer

October 2016 - December 2020 (4 years 3 months)

San Jose, California, United States

Broadcom Inc: A global technology leader in semiconductor and infrastructure software solutions.

Responsible for overseeing all financial functions, mergers and acquisitions, information technology, human resources and investor relations

### Acting Chief Financial Officer

March 2016 - October 2016 (8 months)

San Jose, California, United States

### VP Corporate Development

February 2016 - October 2016 (9 months)

San Jose, California, United States

## Avago Technologies

### VP Corporate Development

January 2012 - January 2016 (4 years 1 month)

Avago Technologies: Leading designer, developer, and global supplier of a broad range of analog and digital semiconductor connectivity solutions.

## Krause Consulting Group

### Managing Partner

2010 - 2012 (2 years)

Palo Alto, California, United States

Independent financial advisory firm for various technology companies.

25-cv-00313_DDC_UST_0019

Techwell
VP Business Development
2004 - 2010 (6 years)
San Jose, California, United States

Fabless semiconductor company that designed and sold mixed-signal video solutions for the security surveillance and automotive infotainment markets. Acquired by Intersil in 2010.

TCV
Associate
2002 - 2004 (2 years)
Palo Alto, California, United States

Leading venture capital firm providing capital to growth-stage, private, and public companies in the technology industry.

Robertson Stephens
Investment Banking Analyst
2000 - 2002 (2 years)
San Francisco

———

## Education

Princeton University
Bachelor of Arts - BA, Economics · (1996 - 2000)

25-cv-00313_DDC_UST_0020

Senior Advisor (Technology and Modernization) to the Chief of Staff
FLSA: Exempt
GS-15

The Senior Advisor for Technology and Modernization shall work closely with the Chief of
Staff, the Under Secretary for Domestic Finance, and the Office of Fiscal Assistant Secretary and
Fiscal Service to lead on the development, execution, and management of the information
technology and technological modernization efforts and programs for the Department of the
Treasury and the internal management of the Department and its bureaus – including the Bureau
of the Fiscal Service (see additional detail below) – as it relates to technology.

The incumbent requires access to Special Sensitive/SCI information in the execution of his
duties and Special Sensitive security clearance in order to work on matters related to Department
of the Treasury critical infrastructure.

The Senior Advisor will work very closely with the Office of Fiscal Assistant Secretary and
Fiscal Service – and in particular the Office of the Commissioner – to execute Fiscal's mission of
promoting the financial integrity and operational efficiency of the federal government through
exceptional accounting, financing, collections, payments, and shared services. The Senior
Advisor shall focus on key issues for Fiscal, including but not limited to (1) Operational
Resiliency; (2) Advancing Governmentwide Payment Integrity; (3) Critical Modernization
Programs; (4) Improving the Payment Experience; and (5) TreasuryDirect User Credential Costs.
The Senior Advisor shall work closely with key internal, external, and interagency stakeholders
to execute Fiscal's mission.

III. SUPERVISION AND GUIDANCE

Reports to the Chief of Staff who provides general direction. The Chief of Staff defines the role
of the Senior Advisor for IT and Modernization, delegates sufficient authority to permit
enactment of this role, communicates relevant policy information, and evaluates performance in
terms of effectiveness in the attainment of objectives.

## Position Description

| Official Title | | | |
|---|---|---|---|
| Special Advisor (IT&M) | | | |

| Organizational Title | | | |
|---|---|---|---|
| | | | |

| PD # C00424 | Date Classified 01/15/2025 | As of 01/15/2025 | |
|---|---|---|---|
| **Pay Plan** GS | **Series** 0301 | **Grade** 11 | **Target Grade** 11 |
| **Manager Level** 8-All Other Positions | **Bargaining Unit Code** 8888 | **FLSA** Exempt | **LEO Position** |
| **Medical Check Required** No | **Position Sensitivity** 4N-Special Sensitive | **Cyber Code** Primary: 000 1st: 000 2nd: 000 | |

| Sub-Agency/POI Combinations |
|---|
| 91 - 2731 |

| Career Ladder PD(s) |
|---|
| |

| Major Duties |
|---|

Special Advisor (Information Technology and Modernization)        FLSA: Exempt

GS-301-11


I. INTRODUCTION


The primary purpose of this position is to serve in a close and confidential capacity to the Chief of Staff's Senior Advisor for Information Technology and Modernization. The Special Advisor is responsible for advising the Chief of Staff's Senior Advisor for Information Technology and Modernization on engineering, software, hardware, systems, and other technology matters.


The incumbent of this position requested for Schedule C exception will not be able to adequately perform his/her duties without being privy to the critical information technology hardware and software infrastructure of Treasury Department. The incumbent will be exposed to conversations, dialogues, and other kinds of sensitive information, some of which concern controversial and sensitive issues. The incumbent performs a variety of confidential assignments requiring analysis and evaluation of programs and activities of importance to the Senior Advisor for Information Technology and Modernization.  Consequently, the incumbent is required to be familiar with the policies of the Administration and to maintain the confidentiality of all materials. The working relationship between the incumbent and the Chief of Staff and the Chief of Staff's Senior Advisor for Information Technology and Modernization is of a confidential nature required by Schedule C exception. The incumbent requires access to Special Sensitive/SCI information in the execution of his duties and Special Sensitive security clearance in order to work on matters related to Department of the Treasury critical infrastructure.


II. DUTIES AND RESPONSIBILITIES

25-cv-00313_DDC_UST_0022

Conducts special and confidential studies on a variety of strategies and issues related to Treasury's information technology.  Reviews and furnishes the Chief of Staff's Senior Advisor for Information Technology and Modernization with recommendations regarding Treasury's critical software infrastructure.

Identifies, analyzes, and makes recommendations to strengthen Treasury's hardware and software.

The Special Advisor shall work closely with the engineers in the Bureau of Fiscal Service on Information Technology matters to execute Fiscal's mission of promoting the financial integrity and operational efficiency of the federal government through exceptional accounting, financing, collections, payments, and shared services. The Special Advisor shall assist on key issues for Fiscal, including but not limited to (1) Operational Resiliency; (2) Advancing Governmentwide Payment Integrity; (3) Critical Modernization Programs; (4) Improving the Payment Experience; and (5) TreasuryDirect User Credential Costs.

III. SUPERVISION AND GUIDANCE RECEIVED

The incumbent reports to the Chief of Staff's Senior Advisor for Information Technology and Modernization. Instructions given with assignments are general and indicate objectives to be attained.  The incumbent determines ways to attain desired results.  Analyses and reports must be comprehensive and sound enough to require minimal review before completion.  Completed work is reviewed to ensure adherence to the modernization and information technology objectives of the Treasury Department.

25-cv-00313_DDC_UST_0023

**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C.

**To**:        Marko Elez

**From**:    Brian Halliden
            Attorney-Advisor, General Law, Ethics & Regulation

**Date**:    January 16, 2025

**Subject**:    Vetting Checklist[1]

---

Please respond to the questions below. Indent your response as a sub-bullet or change the text color to signal your response.

1. Do you (as applicable, or your spouse, minor child, or general partner) hold significant financial investments in the financial services industry (e.g., J.P. Morgan Chase common stock or stock in a sector fund concentrating in the financial industry)? Also, do you (as applicable, or your spouse, minor child, or general partner) hold investments in companies that contract with the government?
    ○ If yes, is there a willingness/ability to divest if necessary?

    No

2. Do you currently hold any investments that restrict your ability to divest of the holding (e.g., hedge funds, private equity holdings, stock options, other plans that do not allow divestiture or trust arrangements that cannot be exited)?

I hold ███████████ common stock and ███████████ RSUs.

3. Do you (or your spouse or minor child) currently own or are you invested in any financial business or business that you would be unable or unwilling to divest?

    No

4. Were you employed by or a consultant to a financial services entity the past year?

    No

---

[1] PLEASE NOTE: This checklist contains broad parameters that may be used as one helpful tool in an initial vetting process. If a potential candidate answers "yes" to any of these questions, it does NOT necessarily mean they have unalterable conflicts and cannot be hired to work for Treasury. It only means that an ethics official should be consulted concerning the possibility of a conflict.

5.  Does your current employment, or did your employment within the last year, result in the representation of any financial services firms?

No

6.  (If applicable) Does your spouse and/or dependent child work for a financial institution; a financial services firm; or represent clients who do?

No

7.  Does any other member of your household (adult children, significant other, and housemates) work for a company in the financial sector or represent clients in the financial sector (e.g., as a lawyer or accountant for J.P. Morgan Chase)?

No member of my household. However, ███████████████████████████
████

8.  Do any close relatives work for a company that contracts with the financial sector or represent clients in the financial sector?

No

9.  Are you currently seeking a business, contractual, or other financial relationship (other than a routine commercial transaction) with an entity in the financial sector?

No

10. Are you currently the party to any book contract or teaching or speaking agreement?

No

11. Are you an active participant in any organization that has significant involvement with the financial sector?

No

12. Are you a member of the board of directors of any organization?

No

25-cv-00313_DDC_UST_0029



**Bureau of the Fiscal Service** | Payment Process Engagement - Kansas City Site Visit
January 2025

| | |
|---|---|
| **MEETING** | Payment Process Engagement – Kansas City Site Visit |
| **DATE/TIME** | Tuesday January 28 – Thursday January 30, 2025 |
| **LOCATION** | **Fiscal Service Kansas City:** 4241 NE 34th Street Kansas City, MO 64117<br>**Point of Contact**: Joe Gioeli, ███████████ |
| **PARTICIPANTS** | Fiscal Service, Federal Reserve, SAIC, and Treasury organization personnel are participating. Final list of names to be added next week. |
| **PURPOSE** | As part of the ongoing Payment Process Engagement, conduct in-person technical and user deep dive sessions with applicable support teams. This agenda is designed to provide some general structure so that we can plan accordingly but can and will be **adjusted as needed** to ensure we address questions and associated conversations. |

| TIME | TOPIC | PARTICIPANTS(S) | NOTES |
|---|---|---|---|
| *Monday January 27, 2025– All Times CT* | | | |
| *Travel to Kansas City* | | | |
| *Tuesday January 28, 2025 – All Times CT* | | | |
| *9:00am CT* | **Arrive at Fiscal Service KC facility** | | Call Joe Gioeli upon arrival (Backup: Susan Robinson) |
| *9:05am – 9:30am* | **Tom & Joe Daily Sync (Tom)**<br>**IT Appointment for BFS GFE (Marko)** | Fiscal Service, Treasury | |
| *9:30am-10:00am* | **Meet and Greet with BFS Payments team** | Fiscal Service, Treasury | |
| *10:00am-10:30am* | **Tour of Check Printing Operations** | Fiscal Service, Treasury | |
| *10:30am-12:00pm* | **SPS Deep Dive and Demo** | Fiscal Service, Treasury, SAIC | |
| *12:00pm-1:00pm* | *Lunch Break (to be ordered in; please use supplied Order Form)* | | |
| *1:00pm-2:30pm* | **PAM Deep Dive and Demo** | Fiscal Service, Treasury | |
| *2:30pm-3:30pm* | **ASAP Deep Dive and Demo** | Fiscal Service, Treasury | |
| *3:30pm-4:00pm* | **Next Steps & Closing** | Fiscal Service, Treasury | |
| *Wednesday, January 29, 2025 – All Times CT* | | | |
| *9:00am CT* | **Arrive at Fiscal Service KC facility** | | Call Joe Gioeli upon arrival (Backup: Susan Robinson) |
| *9:05am-9:30am* | **Meet and Greet with FRB leadership team** | Fiscal Service, Treasury, FRB | |
| *9:30am-10:30am* | **PAM Product Team** – technical discussion | Fiscal Service, Treasury, FRB | |
| *10:30am-10:45am* | *Break* | | |
| *10:45am-11:45am* | **ASAP Product Team –** technical discussion | Fiscal Service, Treasury, FRB | |
| *11:45am-12:00pm* | **Next Steps & Closing** | Fiscal Service, Treasury, FRB | |
| *12:00pm-1:30pm* | *Lunch Break* | | |
| *1:30pm-3:30pm* | **Additional Follow ups/Discussions as needed;** Plan for Thursday if needed | Fiscal Service, Treasury | |
| *3:30pm-4:00pm* | **Next Steps & Closing** | Fiscal Service, Treasury | |
| *Thursday, January 30, 2025 – All Times CT* | | | |
| *Buffer for any remaining necessary conversations* | | | |



**US Department of the Treasury | Fiscal Service** | Payment Process Engagement Plan
January 24, 2025

Fiscal Service is supporting the USDS/DOGE team during their 4–6-week engagement to understand payment processes and opportunities to advance payment integrity and fraud reduction goals.

Given the Fiscal Service's authorities and role in enabling federal government financial operations, we must engage in a way that is secure and minimizes the likelihood of disruptions to ensure daily operations occur seamlessly.  This is especially critical for those operations that support the facilitation of the 2025 tax season and the Debt Issuance Suspension Period. Disruptive impacts to technical operations, especially to payment systems such as the Payment Automation Manager (PAM) and Secure Payment System (SPS), could have catastrophic consequences that can range from debilitating U.S. economic security (and necessitating increases to the debt ceiling and defaults on U.S. Government financial obligations), endangering U.S. interests abroad, jeopardizing the delivery of lifeline payments to millions of constituents, and delaying or denying access to thousands of federal agency assets which would all erode public confidence. As such, ensuring operational excellence and resiliency remains the top priority for the Fiscal Service.

So that we can streamline communication, ensure clarity and alignment, and achieve the most optimal outcome for all parties, we have outlined our expectations for the duration of this engagement below.

## ENGAGEMENT SCOPE

**Objective**: Gain insight on money-in/money-out through the Fiscal Service payment systems while identifying efficiencies in the overall payment flow

**Timeframe:** 4-6 weeks

**Focus Area**: Payment Processing, to include Payment Automation Manager (PAM), Secure Payment System (SPS), and Automated Standard Application for Payments (ASAP)

**Deliverable**: Report to the Secretary of the Treasury outlining recommendations for greater efficiencies and potential improvements to the existing payment processes and associated technology and policies in support of payment integrity and fraud prevention.

**Key Points of Contact:**

- **Treasury Department**: Matt Garber, PDO Fiscal Assistant Secretary
- **Bureau of the Fiscal Service:** Joe Gioeli, Deputy Commissioner for Transformation and Modernization

## ENGAGEMENT PROCESS

- **Central Management and Coordination with Treasury**: Matt Garber will serve as the Departmental executive point of contact to provide policy insights, and oversight/guidance of the Fiscal Service engagement. Joe Gioeli will serve as the main point of contact for information related to Fiscal Service systems, organizational structure, and business processes.  Together, they will ensure Fiscal Service is being responsive within the bounds

25-cv-00313_DDC_UST_0057

of the law, Treasury policy, and Fiscal Service security protocols. All requests will be prioritized, actioned as quickly as feasible, and centrally managed and tracked accordingly. Preferably, requests should be sent via email to joseph.gioeli@fiscal.treasury.gov.

- **Status Meetings**: A meeting cadence will be established for the duration of the effort for a minimum of at least once per week and will include Tom Krause, Matt Garber, Joe Gioeli and other relevant stakeholder parties to ensure requests are being addressed. Additionally, a daily standup will be established between Tom Krause and Joe Gioeli to ensure alignment on the prioritization of activities, share status, and to discuss mitigation of any challenges that arise. The frequency of this meeting series can be adjusted based on need.

- **Access to and Management of Pertinent Artifacts**: Access will be granted to pertinent artifacts via a shared folder hosted on the Treasury Enterprise Content Manager (ECM) and permissioned to only necessary individuals. Proper handling of artifacts consistent with their labelling is required. Code will be shared and controlled via an alternate method.

- **Access to and Management of In Scope Systems and Data**: Fiscal Service will provision and issue the designated technical team member with a Fiscal Service laptop (i.e., government furnished equipment (GFE)) during Day 1 (i.e., January 28) of the Week 2 Site Visit to Kansas City. This will accelerate your ability to obtain access to the in-scope systems and code repositories you are seeking while also providing the Fiscal Service with a greater level of assurance that our risk posture is being managed in accordance with our established security protocols and existing control architecture.

- **Adherence to Fiscal Service Security Control Requirements**: To adhere to the Fiscal Service's established security protocols and existing control architecture, below are our required actions (including those already completed as of 1/24/2025).

   1) *Vetting*: Fiscal Service confirmed with the Treasury Department Security office the (2) individuals requesting access have been properly vetted with signed Nondisclosure Agreements (NDAs) and confirmed their access to Treasury and Fiscal Service information.

   2) *Use of FS GFE*: USDS/DOGE confirmed that only (1) individual (i.e., the designated technical team member) requires access to Fiscal Service systems and data at this time. This designated individual will be provisioned to a Fiscal Service provided workstation. The Fiscal Service GFE must be connected to the Fiscal Service VPN network at all times while work is performed with this engagement.

   3) *Data Handling*: Fiscal Service will provide USDS/DOGE safeguarding and handling instructions of Fiscal Service data for the duration of this engagement. USDS/DOGE confirmed Fiscal Service data will not leave the workstation during this engagement and will only be reviewed by cleared and authorized Treasury personnel.

   4) *System Access*: USDS/DOGE will be provided access to in scope payment systems source code via a secure code repository. USDS/DOGE will be provided Development access to the in scope payment systems. Any recommended changes to the payments source code will be appropriately tested by security and change management controls per Fiscal Service processes and procedures.

25-cv-00313_DDC_UST_0058

 **US Department of the Treasury | Fiscal Service** | Payment Process Engagement Plan
January 24, 2025

5) ***Payment Processing User Access***: USDS/DOGE requested to be granted "over the shoulder" access to monitor Fiscal Service personnel conducting payment processing roles, which was approved by Fiscal Service on 1/23/25. Any additional system level access (i.e. application end user access and sysadmin privileged access) will be provisioned according to Fiscal Service processes and procedures.

6) ***Attestation***: USDS/DOGE agreed to provide Fiscal Service an attestation statement (template to be provided by the Fiscal Service) at the end of the engagement that confirms:

    a. The provided Fiscal Service information has been properly destroyed.

    b. Confirmation that no known suspicious or unauthorized access to Fiscal Service provided GFE and data occurred during this engagement.

- **Review of Recommendations**: Fiscal Service will be provided the report deliverable, have the opportunity to clarify any technical or process inaccuracies, and provide any necessary policy feedback or context before finalization.

## ENGAGEMENT TIMELINE AND KEY ACTIVITIES

| Week 1<br>*Jan 21-24* | Week 2<br>*Jan 27-31* | Week 3<br>*Feb 3-7* | Week 4<br>*Feb 10-14* | Weeks 5-6<br>*Feb 17-28* |
|---|---|---|---|---|
| ✓ Introductory Meetings<br>✓ Establish Status Meeting(s)<br>✓ Establish shared folder on Treasury ECM | *Meetings in Kansas City, MO*<br>• Issue FS laptop to designated technical team member (1/28)<br>• Conduct technical deep dives and user deep dives | • Address follow-ups identified during deep dives as needed/feasible<br>• Develop report deliverable<br>*(Engagement team)* | • Continue development of report deliverable<br>• Address questions as needed/feasible<br>• Conduct review of recommendations<br>• Complete Attestation activities | • Submit final report |

25-cv-00313_DDC_UST_0059

**Preliminary Work Plan for IT Accesses**

GAO has found inconsistent reporting, lack of traceability, and need for improved controls with the Treasury's Cash Accounting Reporting System (CARS). (Link and summary below.) Mandating agencies (via Certifying Officers – COs) to use TAS / BETC for all payments at the time of payment certification as well as requiring COs to provide a short plain English reason why the payment is being requested would dramatically:

1) improve financial reporting auditability, accuracy and transparency
2) reduce the risk of improper payments
3) ensure all payments are supported by an appropriation, receipt, or other fund account

For background, TAS (Treasury Account Symbol) / BETC (Business Event Type Code) (Account Symbol (also known as the Treasury Account Symbol or TAS) | TFX: Treasury Financial Experience) is used to classify financial transactions across all federal government agencies and is the backbone for CARS (Central Accounting Reporting System) Central Accounting Reporting System.  Today, Treasury has three primary payments systems (PAM, ASAP, ITS.gov) that support payments on behalf of ~250 agencies. These payment systems (as well all other payment systems not managed by Treasury) feed into CARS. PAM is the most widely used. Within PAM, there are two types of payments (Type A and Type B). Type A is for high value, low volume and typically uses Fedwire. Type B is lower value, higher volume payments and typically uses ACH. We understand (but have not verified) that COs are required to input the TAS / BETC for every payment except for Type B payments in PAM. As a result, a significant percentage of payments are re-classified by agency CFO organizations in CARS well AFTER payments have been certified and processed. In fact, CARS operators use "default" accounts because they cannot tie many of the payments that BFS processes to an appropriation, receipt, or other fund account at the time of the payment.

System access as well as on-going discussions with subject matter experts are critical to understanding and verifying how these payment and accounting systems work.  Without this, common sense recommendations such as this one as well as detailed plans to implement these recommendations are not possible. My discussions with both the disbursement team in Kansas City as well as the CARS team in Parkersburg, WV suggest this mandate would be widely welcomed by the operating teams at BFS. I would also submit that OMB and the White House would strongly support this mandate. The mandate would require a code change to PAM whereby a submitted payment file would be sent back to the CO prior to processing if the TAS/BETC and the reason for payment are not filled out. Based on initial discussions with the PAM technical team (from the FED KC office), this is a very modest code change and can be executed quickly.

| | |
|---|---|
| **From:** | Katz, Daniel |
| **To:** | Garber, Matthew; Krause, Tom; York, John; Pilkerton, Christopher; Froman, Eric; Sonfield, Brian; Briskin, Michael; Sessions, William; Arcadi, Antony; Gioeli III, Joseph; Elez, Marko; Robinson, Vona S. |
| **Cc:** | Marko Elez; Cheng, Lillian L. |
| **Subject:** | RE: IT Check In Follow Up |
| **Date:** | Monday, February 3, 2025 6:42:53 PM |

Great, thanks for the update Matt.

Dan Katz
M: ▇▇▇▇▇▇▇▇▇

---

**From:** Garber, Matthew <Matthew.Garber2@treasury.gov>
**Sent:** Monday, February 3, 2025 4:18 PM
**To:** Katz, Daniel <Daniel.Katz@treasury.gov>; Krause, Tom <Thomas.Krause@treasury.gov>; York, John <John.York@treasury.gov>; Pilkerton, Christopher <Christopher.Pilkerton@treasury.gov>; Froman, Eric <Eric.Froman@treasury.gov>; Sonfield, Brian <Brian.Sonfield@treasury.gov>; Briskin, Michael <Michael.Briskin@treasury.gov>; Sessions, William <William.Sessions@treasury.gov>; Arcadi, Antony <Tony.arcadi@Treasury.gov>; Gioeli III, Joseph <joseph.gioeli@fiscal.treasury.gov>; Elez, Marko <Marko.Elez@treasury.gov>; Robinson, Vona S. <Susan.Robinson@fiscal.treasury.gov>
**Cc:** Marko Elez <marko.elez@fiscal.treasury.gov>; Cheng, Lillian L. <lillian.cheng@fiscal.treasury.gov>
**Subject:** IT Check In Follow Up

Thanks everyone for getting together this afternoon. Attached is the spreadsheet we reviewed with the access levels updated based on our conversation.

For the items that Fiscal can implement independently we will get moving immediately, and Marko should see read-only soon.

For the items the Fed needs to implement we're working with the lawyers on the language now. Good conversations with our counterparts, so I do not currently expect any issues, although it may be tomorrow before it's finalized.

Thanks,

Matt

| SYSTEM | ORIGINAL ACCESS REQUEST | ACCESS GRANTED AS OF FEB. 1 | RECOMMENDED CHANGE(S) TO CURRENT (FEB 1) ACCESS LEVELS | MITIGATION(S) AND/OR ADDITIONAL CONTROL(S) | Implementor |
|---|---|---|---|---|---|
| PAM | PAM Source Code | Full access in cordoned off (i.e., not production) repository | No recommended change | Requires joint deployment for all environments with the Fiscal Service/Federal Reserve | Completed |
| | PAM Production Database Administrator | Read-only access in production | Read-only access in production with specific time windows to avoid production outages (would jointly work database changes through lower environments). | Implement and adhere to Fiscal Service's recommended change | Fiscal Service |
| | ~~PAM Production Developer~~ | ~~None~~ | ~~Revisit with Disbursing and Debt Management (DDM)~~ | ~~Implement and adhere to Fiscal Service's recommended change~~ | N/A |
| | PAM Production Driver | None *(approvals in process: submitted required forms to DDM)* | Grant Read-Only access | Implement and adhere to Fiscal Service's recommended change | Fiscal Service |
| | Access to PAM file system | Read-only access | No recommended change | | Fiscal Service |
| SPS | SPS Source Code | Full access in cordoned off (i.e., not production) repository | No recommended change | Requires joint deployment for all environments with the Fiscal Service/Federal Reserve | Completed |
| | SPS Production Database Administrator | Read-only access in production | Read-only access in production with specific time windows to avoid production outages (would jointly work database changes through lower environments). | Implement and adhere to Fiscal Service's recommended change | Fiscal Service |
| | SPS Production Administrator (UI SPSAdmin) | None *(approvals in process: submitted required forms to DDM)* | ISS will work with the SPS team to determine appropriate level of access (e.g., read-only) | Implement and adhere to Fiscal Service's recommended change(s) | Fiscal Service |
| ASAP | ASAP Source Code | Full access in cordoned off (i.e., not production) repository | No recommended change | Requires joint deployment for all environments with the Fiscal Service/Federal Reserve | Completed |
| | ASAP Database Administrator | None | Read-only access in production with specific time windows to avoid production outages (would jointly work database changes through lower environments). | Implement and adhere to Fiscal Service's recommended change(s) | Federal Reserve |
| CARS | CARS Database Administrator | None *(approvals in process: submitted request for Read-Only to Federal Reserve)* | Read-only access in production with specific time windows to avoid production outages (would jointly work database changes through lower environments). | Implement and adhere to Fiscal Service's recommended change(s) | Federal Reserve |
| | CARS SysAdmin | Will need to better understand objective | Revisit with Fiscal Accounting | Consider CARS Auditor Role | Fiscal Service |
| ITS.gov | ITS.gov Operator | None | Revisit with Disbursing and Debt Management (DDM) | Identifying more appropriate read-only role | |
| | ITS.gov Database Administrator | None | Read-only access in production with specific time windows to avoid production outages (would jointly work database changes through lower environments). | Implement and adhere to Fiscal Service's recommended change | Federal Reserve |

25-cv-00313_DDC_UST_0062

| | |
|---|---|
| **From:** | Matthew.Garber2@treasury.gov |
| **To:** | Timothy E. Gribben |
| **Cc:** | Matthew J. Miller; Susan Robinson; Lillian Cheng; Joseph Gioeli III; Nathaniel Reboja |
| **Subject:** | Confirmation to Proceed |
| **Date:** | Sunday, January 26, 2025 5:42:08 PM |

This message was sent securely using Zix®

Tim,

Please consider this note your approval/direction to move forward with the process outlined below.

Thanks to the DDM and ISS teams for actioning against the request over the weekend.

Matt

---

**From:** Katz, Daniel <Daniel.Katz@treasury.gov>
**Sent:** Sunday, January 26, 2025 6:34 PM
**To:** Garber, Matthew <Matthew.Garber2@treasury.gov>

Thanks Matt for actioning this so quickly. The below process looks good and appropriate to me. █

███████████████████████████████████████████████████████
█████████

Appreciate the work over the weekend as well.

Dan Katz

█████████

---

**From:** Garber, Matthew <Matthew.Garber2@treasury.gov>
**Sent:** Sunday, January 26, 2025 4:31:02 PM
**To:** Katz, Daniel <Daniel.Katz@treasury.gov>

Dan,

We've successfully set up the technical and process adjustments at Fiscal to support this request within the appropriate bounds.  A reminder of the process we discussed and will execute against beginning Monday:

- **Fiscal will intercept USAID payments files prior to ingestion into our PAM/SPS systems** *(this is in place now and can begin immediately)*
  - We developed a process to intercept the file, and additional flags to ensure we catch all USAID payment requests through our systems
  - Fiscal will manually pull an unredacted and unmodified copy to share with State officials
  - Individual ITS payment requests will be flagged and shared for review as needed

25-cv-00313_DDC_UST_0063

- NOTE: Fiscal will not provide any preliminary review or determination on the payments, and will not edit or modify the file at any point in this process
- **Fiscal will deliver the USAID payment file to the designated State officials for review**
  - Fiscal has set up a secure portal where the designated officials will be able to access the files *(this will have encryption and MFA, and has completed third party pen testing)*
  - We developed a user guide and instructions to support State officials in using the portal
    - We can provide additional technical support as needed
  - We will deliver the file once-a-day according to the normal USAID payment schedule
- **State officials will review and provide a determination to Fiscal on whether or not to release the file into our normal payment processes**
  - We will provide a template for State officials to provide the determination back to Fiscal
  - Files that are determined by State as able to move forward will be released by Fiscal into PAM/SPS or ITS systems
  - Files that are determined by State as unable to move forward will be returned to USAID for correction
    - *State will work directly with USAID to provide any necessary corrections prior to resubmission.*
- **Payment files that are cleared by State and released into our normal payment processes will continue to be certified by USAID certifying officers prior to payment**


While we will begin intercepting the USAID files prior to ingestion immediately on Monday, we will not transmit files to State until **we receive confirmation from the appropriate security officers (likely in the CIO office) that:**

- the individuals at State accessing and reviewing the information have the appropriate clearances, etc
- the necessary data security methods are in place at State and those standards have been communicated and agreed to by the individuals accessing the files
- NOTE: We are still working to connect with the appropriate IT/Security/Technical individuals at State, which we believe will happen as soon as Monday morning.

Additional note:
- As mentioned, these files are mixed and contain a variety of payments.  We recommend State ensures they can review these files and provide a determination <u>same-day</u> to avoid any unintended downstream issues.


Please confirm we are still good to execute this plan beginning Monday.  Happy to hop on a call if needed.

Thanks,

Matt

25-cv-00313_DDC_UST_0065

| | |
|---|---|
| **From:** | Marko.Elez@treasury.gov |
| **To:** | Marko Elez |
| **Subject:** | Fw: 4 Additional Accounts Identified for State Review |
| **Date:** | Friday, January 31, 2025 12:15:38 PM |

<div style="background:#1a5fa8;color:white;text-align:center;">This message was sent securely using Zix®</div>

**From:** Krause, Tom
**Sent:** Friday, January 31, 2025 11:14:30 AM
**To:** Elez, Marko ; Robinson, Vona S.
**Subject:** Fw: 4 Additional Accounts Identified for State Review

**From:** Katz, Daniel
**Sent:** Thursday, January 30, 2025 9:12 AM
**To:** Krause, Tom ; Garber, Matthew ; Froman, Eric ; Sonfield, Brian
**Cc:** Pilkerton, Christopher
**Subject:** RE: 4 Additional Accounts Identified for State Review
Given the below analysis, the Secretary is comfortable proceeding as proposed. Thank you.
Dan Katz
M███████████

**From:** Krause, Tom
**Sent:** Thursday, January 30, 2025 8:22 AM
**To:** Garber, Matthew ; Froman, Eric ; Katz, Daniel ; Sonfield, Brian
**Cc:** Pilkerton, Christopher
**Subject:** Re: 4 Additional Accounts Identified for State Review
Ok. We will proceed on preparing these pending Dan's confirmation from the Secretary.

**From:** Garber, Matthew <Matthew.Garber2@treasury.gov>
**Sent:** Wednesday, January 29, 2025 8:31 PM
**To:** Krause, Tom <Thomas.Krause@treasury.gov>; Froman, Eric <Eric.Froman@treasury.gov>; Katz, Daniel <Daniel.Katz@treasury.gov>; Sonfield, Brian <Brian.Sonfield@treasury.gov>
**Cc:** Pilkerton, Christopher <Christopher.Pilkerton@treasury.gov>
**Subject:** Re: 4 Additional Accounts Identified for State Review

███████████████████████████████████

Thanks

**From:** Krause, Tom <Thomas.Krause@treasury.gov>
**Date:** January 29, 2025 at 9:22:17 PM EST
**To:** Garber, Matthew <Matthew.Garber2@treasury.gov>, Froman, Eric

<Eric.Froman@treasury.gov>, Katz, Daniel <Daniel.Katz@treasury.gov>, Sonfield, Brian
<Brian.Sonfield@treasury.gov>
**Cc:** Pilkerton, Christopher <Christopher.Pilkerton@treasury.gov>
**Subject:** Re: 4 Additional Accounts Identified for State Review
Matt -

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████

---

**From:** Garber, Matthew <Matthew.Garber2@treasury.gov>
**Sent:** Wednesday, January 29, 2025 8:16 PM
**To:** Froman, Eric <Eric.Froman@treasury.gov>; Krause, Tom <Thomas.Krause@treasury.gov>; Katz,
Daniel <Daniel.Katz@treasury.gov>; Sonfield, Brian <Brian.Sonfield@treasury.gov>
**Cc:** Pilkerton, Christopher <Christopher.Pilkerton@treasury.gov>
**Subject:** Re: 4 Additional Accounts Identified for State Review

██████████████████████████████████████████████████████
████████████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
██████████████

The team will have a better understanding of the file set up in the morning.

---

**From:** Froman, Eric <Eric.Froman@treasury.gov>
**Date:** January 29, 2025 at 9:05:10 PM EST
**To:** Krause, Tom <Thomas.Krause@treasury.gov>, Katz, Daniel <Daniel.Katz@treasury.gov>,
Sonfield, Brian <Brian.Sonfield@treasury.gov>
**Cc:** Pilkerton, Christopher <Christopher.Pilkerton@treasury.gov>, Garber, Matthew
<Matthew.Garber2@treasury.gov>
**Subject:** Re: 4 Additional Accounts Identified for State Review

██████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
████████████████████████████████████████████.
Adding Matt for thoughts on any operational issues.

---

**From:** Krause, Tom <Thomas.Krause@treasury.gov>
**Sent:** Wednesday, January 29, 2025 7:57 PM
**To:** Froman, Eric <Eric.Froman@treasury.gov>; Katz, Daniel <Daniel.Katz@treasury.gov>; Sonfield,
Brian <Brian.Sonfield@treasury.gov>
**Cc:** Pilkerton, Christopher <Christopher.Pilkerton@treasury.gov>
**Subject:** Re: 4 Additional Accounts Identified for State Review
Correct. Same process.

---

**From:** Froman, Eric <Eric.Froman@treasury.gov>
**Sent:** Wednesday, January 29, 2025 6:39 PM

**To:** Katz, Daniel <Daniel.Katz@treasury.gov>; Sonfield, Brian <Brian.Sonfield@treasury.gov>
**Cc:** Krause, Tom <Thomas.Krause@treasury.gov>; Pilkerton, Christopher <Christopher.Pilkerton@treasury.gov>
**Subject:** Re: 4 Additional Accounts Identified for State Review

We're still assuming that the paying agencies would give us the relevant instructions before they certify the payment, right? That is, this would be part of the early stages of the payment process?

---

**From:** Katz, Daniel <Daniel.Katz@treasury.gov>
**Sent:** Wednesday, January 29, 2025 6:39:18 PM
**To:** Froman, Eric <Eric.Froman@treasury.gov>; Sonfield, Brian <Brian.Sonfield@treasury.gov>
**Cc:** Krause, Tom <Thomas.Krause@treasury.gov>; Pilkerton, Christopher <Christopher.Pilkerton@treasury.gov>
**Subject:** FW: 4 Additional Accounts Identified for State Review

Hi Eric and Brian –

See below from Tom. He is proposing to utilize the same process we have put together with the State Department with respect to USAID payments that may be implicated by the Foreign Aid EO for four additional accounts, as explained below. ██████████████████████
██████████████████████████████████████████████

Thank you.
Dan Katz
M: ████████████

---

**From:** Krause, Tom <Thomas.Krause@treasury.gov>
**Sent:** Wednesday, January 29, 2025 6:17 PM
**To:** Katz, Daniel <Daniel.Katz@treasury.gov>
**Subject:** 4 Additional Accounts Identified for State Review

Dan –

There are 4 additional accounts where I would like to implement the same process we used for USAID here at BFS. These four have been identified as being subject to the foreign aid EO. In these 4 cases, we would send any payment requests across our three main systems to our State designee(s) for sign off before putting through for processing. This will ensure we are not making payments that directly violate the EO. I would like Secretary Bessent's go ahead to proceed on these four. I can call with additional info.

Regards,
Tom

Millennium Challenge Corporation (About MCC)
Agency ID: ████
TAS: ████████
HHS – Refugee and Entrant Assistance, Admin for Children and Families (2 subaccounts in HHS)
Agency ID: ████
TAS: ████████████████
HHS – Gifts and Donations Office of Refugee Resettlement, Admin for Children and Families
Agency ID: ████
TAS: ████████

| From: | Jonathan Greenstein (Volunteer) |
| --- | --- |
| To: | TreasuryExecutiveResources; Michael Friedman |
| Cc: | ███████; Hampton, Ravin; ███████ |
| Subject: | RE: [EXTERNAL] White House Liaison - Meet and Greet |
| Date: | Thursday, January 9, 2025 1:21:43 PM |
| Attachments: | Tom_Krause.pdf |

** **Caution:** External email from: [**JonathanG.Volunteer@47transition.com**] Pay attention to suspicious links and attachments. Send suspicious email to suspect@treasury.gov **

CONFIDENTIAL / SUBJECT TO PRESIDENTIAL MOU

████████████████████████████████████████

**From:** Jonathan Greenstein (Volunteer)
**Sent:** Wednesday, January 8, 2025 10:42 PM
**To:** TreasuryExecutiveResources@treasury.gov; Michael Friedman <michaelf@47transition.com>; David Eisner (Volunteer) <DavidE.Volunteer@47transition.com>
**Cc:** ███████@treasury.gov; Ravin.Hampton@treasury.gov; ███████@treasury.gov
**Subject:** RE: [EXTERNAL] White House Liaison - Meet and Greet

CONFIDENTIAL / SUBJECT TO PRESIDENTIAL MOU

Sherri and Kim –

Please find attached and below the contact information of another member we would like to have on the day 1 team, to lead on Fiscal Services modernization efforts. Resume attached. Happy to discuss on the call tomorrow at 1pm ET.

- Tom Krause ███████████████

Jonathan

Requested Item Details

---

**Report Title:**          Requested Item Details
**Run Date and Time:**     2025-02-28 08:48:16 Eastern Standard Time
**Run by:**                █████████████
**Table name:**            sc_req_item

| Requested Item | |
|---|---|

| | | | |
|---|---|---|---|
| Number: | RITM0180112 | Opened: | 2025-01-29 15:34:25 |
| Item: | Top Secret (TSS) Mainframe Access Request | Opened by: | ████████████ |
| Request: | REQ0177917 | Stage: | Completed |
| Request Requested for: | ████████████ | State: | Closed Complete |
| Due date: | 2025-02-12 15:34:25 | Quantity: | 1 |
| Configuration item: | | Estimated delivery: | |
| Watch list: | | Delayed: | false |
| | | Order Guide: | |

**Additional comments:**

2025-01-31 18:07:24 - ████████████ (Additional comments)
sorry read/write is needed

2025-01-31 18:07:10 - ████████████ (Additional comments)
again disregard, read/write

2025-01-30 09:12:59 - ████████████ (Additional comments)
Please disregard - go with read only at this time

2025-01-30 07:37:40 - ████████████ (Additional comments)
#AUDITRD , GLOBALPF, TSOALLPF are the new groups needed.

2025-01-29 18:02:58 - ████████████ (Additional comments)
Change #PAMDADM to a read/write access

2025-01-29 16:30:01 - ████████████ (Additional comments)
add readonly access to FROPK.*.SPR.*

---

**Related List Title:**    Catalog Task List
**Table name:**            sc_task
**Query Condition:**       Request item = RITM0180112
**Sort Order:**            Number in ascending order

1 Catalog Tasks

---