IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALLIANCE FOR RETIRED AMERICANS, *et al.*,

        *Plaintiffs*,

        v.

SCOTT BESSENT, *in his official capacity as Secretary of the Treasury*, *et al.*,

        *Defendants*.

Case No. 1:25-cv-00313-CKK

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE of the substitution of counsel for Defendants in this action. Natalie Villalon, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance and will replace Bradley Humphreys, who should be withdrawn as counsel for Defendants in the above-captioned case.

Dated: September 3, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

*/s/ Natalie M. Villalon*
NATALIE M. VILLALON
(D.C. Bar No. 90015127)
Trial Attorney
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 860-9963

Natalie.M.Villalon@usdoj.gov

*Counsel for Defendants*