**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ALLIANCE FOR RETIRED AMERICANS,
*et al.*,

        Plaintiffs,

    v.

SCOTT BESSENT, in his official capacity as
Secretary of the Treasury, *et al.*,

        Defendants.

Civil Action No. 25-0313 (CKK)

**ORDER**
(March 5, 2026)

For the reasons stated in the accompanying Memorandum Opinion, it is **ORDERED** that the Defendants' [61] Motion to Dismiss Pursuant to Rule 12(b)(1) is **DENIED**, the Defendants' [61] Motion in the Alternative for Summary Judgment is **GRANTED**, the Plaintiffs' [62] Cross-Motion for Summary Judgment is **DENIED**, and the Defendants' [61] Motion to Dismiss Pursuant to Rule 12(b)(6) is **DENIED AS MOOT**.

It is **ORDERED** that judgment is hereby entered in favor of Defendants Scott Bessent, in his official capacity as Secretary of the Treasury; the Department of the Treasury; and the Bureau of the Fiscal Service.

This is a final, appealable order.

**SO ORDERED.**

**Dated:** March 5, 2026

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge